Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

May 30                  20 18

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

NO. **CR18-131 RAJ**

Plaintiff,

**INDICTMENT**

v.

1. CHARLES ROLAND CHEATHAM,
    a/k/a "Chi-Chi,"
2. LUIS PEREZ-CRUZ,
3. DOMINQUE E. JIMERSON,
    a/k/a "Benjamin S. Smith,"
4. DONNIE P. CHEATHAM,
5. TIFFANY LATRICE YOUNGER,
6. LAMONT JEFFREY REYNOLDS,
    a/k/a "L,"
7. MICHAEL LA VON DAVIS,
8. NAKITA MARIE CANNADY,
9. EDDRICK JEROME BAKER,
10. ALONZO WILLIAMS BAGGETT,
11. MARTIN JEFFREY BANKS,
12. MARQUS JAMAL JONES,
13. ADAM MICHAEL SMITH,
14. NATHANIEL WELLS,
15. RASHEED CHAFA ECHOLS,
16. MARCUS JAMES HALL,
17. WAUNIKA LYNETTE WALKER,
    a/k/a "Granny,"
18. LARRY DOBBIE HOLLOWAY,
19. MICHAEL D. SAFFORD, a/k/a "Sweet,"

Indictment/Cheatham et al. - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

20. BRANDEN LEI BARNETT, a/k/a "H2O"
21. CARLOS DEMARK DENNIS,
22. ASA D. HARRIS,
23. BRADFORD STREET, and
24. JEROME RAY WILSON.

Defendants.

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, but within the past five years, and continuing until on or about May 30, 2018, in King, Snohomish, and Pierce Counties, within the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, LUIS PEREZ-CRUZ, DOMINQUE E. JIMERSON, DONNIE P. CHEATHAM, TIFFANY LATRICE YOUNGER, LAMONT JEFFREY REYNOLDS, MICHAEL LA VON DAVIS, NAKITA MARIE CANNADY, EDDRICK JEROME BAKER, ALONZO WILLIAMS BAGGETT, MARTIN JEFFREY BANKS, MARQUS JAMAL JONES, ADAM MICHAEL SMITH, NATHANIEL WELLS, RASHEED CHAFA ECHOLS, MARCUS JAMES HALL, WAUNIKA LYNETTE WALKER, LARRY DOBBIE HOLLOWAY, MICHAEL D. SAFFORD, BRANDEN LEI BARNETT, CARLOS DEMARK DENNIS, ASA D. HARRIS, BRADFORD STREET, JEROME RAY WILSON, and others known and unknown, including conspirators charged in a separate indictment returned on this same day under the caption United States v. Michael Scott Morgan Jr., et al., did knowingly and intentionally conspire to distribute substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including cocaine, heroin, methamphetamine, marijuana, and oxycodone, contrary to the provisions of Title 21, United States Code.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1                 **Specific Quantity Allegations as to Cocaine**

2       With respect to Defendants CHARLES ROLAND CHEATHAM, LUIS PEREZ-

3 CRUZ, TIFFANY LATRICE YOUNGER, LAMONT JEFFREY REYNOLDS,

4 MICHAEL LA VON DAVIS, MARTIN JEFFREY BANKS, MARCUS JAMES HALL,

5 LARRY DOBBIE HOLLOWAY, MICHAEL D. SAFFORD, and CARLOS DEMARK

6 DENNIS, their conduct as members of the conspiracy charged in Count 1, which includes

7 the reasonably foreseeable conduct of other members of the conspiracy charged in Count

8 1, involved five kilograms or more of a substance containing a detectable amount of

9 cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

10                 **Specific Quantity Allegations as to Cocaine**

11       With respect to Defendants DOMINIQUE E. JIMERSON, EDDRICK JEROME

12 BAKER, DONNIE P. CHEATHAM, ALONZO WILLIAMS BAGGETT, MARQUS

13 JAMAL JONES, ADAM MICHAEL SMITH, BRANDEN LEI BARNETT,

14 BRADFORD STREET, and JEROME RAY WILSON, their conduct as members of the

15 conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of

16 other members of the conspiracy charged in Count 1, involved five hundred grams or

17 more of a substance containing a detectable amount of cocaine, in violation of Title 21,

18 United States Code, Section 841(b)(1)(B).

19                 **Specific Quantity Allegations as to Heroin**

20       With respect to Defendants CHARLES ROLAND CHEATHAM, MICHAEL LA

21 VON DAVIS, NAKITA MARIE CANNADY, NATHANIEL WELLS, RASHEED

22 CHAFA ECHOLS, MARCUS JAMES HALL, and WAUNIKA LYNETTE WALKER,

23 their conduct as a member of the conspiracy charged in Count 1, which includes the

24 reasonably foreseeable conduct of other members of the conspiracy charged in Count 1,

25 involved one kilogram or more of a mixture or substance containing a detectable amount

26 of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A).

27

28

Indictment/Cheatham et al. - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       **Specific Quantity Allegations as to Methamphetamine**

2       With respect to Defendants CHARLES ROLAND CHEATHAM, MICHAEL LA

3 VON DAVIS, and NAKITA MARIE CANNADY, their conduct as a member of the

4 conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of

5 other members of the conspiracy charged in Count 1, involved 50 grams or more of

6 methamphetamine, its salts, isomers, and salts of its isomers, or 500 grams or more of a

7 mixture or substance containing a detectable amount of methamphetamine, its salts,

8 isomers, or salts of its isomers, in violation of Title 21, United States Code, Section

9 841(b)(1)(A).

10       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C),

11 and 846.

12                       **COUNT 2**

13          **(Possession of Cocaine with Intent to Distribute)**

14       On or about November 4, 2017, in King County, Washington, in the Western

15 District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and

16 DOMINQUE E. JIMERSON knowingly and intentionally possessed, and did aid and abet

17 the possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

18 United States Code, Section 812.

19       The Grand Jury further alleges that this offense was committed during and in

20 furtherance of the conspiracy charged in Count 1, above.

21       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

22 and Title 18, United States Code, Section 2.

23                       **COUNT 3**

24          **(Possession of Cocaine with Intent to Distribute)**

25       On or about November 8, 2017, in King County, Washington, in the Western

26 District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, DONNIE

27 P. CHEATHAM,  TIFFANY LATRICE YOUNGER, and LAMONT JEFFREY

28 REYNOLDS knowingly and intentionally possessed, and did aid and abet the possession

Indictment/Cheatham et al. - 4

1  of, with intent to distribute, cocaine, a substance controlled under Title 21, United States

2  Code, Section 812.

3      The Grand Jury further alleges that this offense was committed during and in

4  furtherance of the conspiracy charged in Count 1, above.

5      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

6  and Title 18, United States Code, Section 2.

7  ## COUNT 4

8  ### (Possession of Cocaine and Heroin with Intent to Distribute)

9      On or about November 9, 2017, in Pierce County, Washington, in the Western

10  District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, MICHAEL

11  LA VON DAVIS, NAKITA MARIE CANNADY, and others known and unknown,

12  knowingly and intentionally possessed, and did aid and abet the possession of, with intent

13  to distribute, cocaine and heroin, substances controlled under Title 21, United States

14  Code, Section 812.

15      The Grand Jury further alleges that this offense involved five kilograms or more of

16  a mixture or substance containing a detectable amount of cocaine, and one kilogram or

17  more of a mixture or substance containing a detectable amount of heroin.

18      The Grand Jury further alleges that this offense was committed during and in

19  furtherance of the conspiracy charged in Count 1, above.

20      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)

21  and Title 18, United States Code, Section 2.

22  ## COUNT 5

23  ### (Possession of Cocaine with Intent to Distribute)

24      On or about November 11, 2017, in Burien, Washington, in the Western District

25  of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and EDDRICK

26  JEROME BAKER knowingly and intentionally possessed, and did aid and abet the

27  possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

28  United States Code, Section 812.

Indictment/Cheatham et al. - 5

1    The Grand Jury further alleges that this offense was committed during and in
2    furtherance of the conspiracy charged in Count 1, above.
3    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
4    and Title 18, United States Code, Section 2.

**COUNT 6**

**(Possession of Cocaine with Intent to Distribute)**

7    On or about November 13, 2017, in King County, Washington, in the Western
8    District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and
9    ALONZO WILLAMS BAGGETT knowingly and intentionally possessed, and did aid
10   and abet the possession of, with intent to distribute, cocaine, a substance controlled under
11   Title 21, United States Code, Section 812.
12   The Grand Jury further alleges that this offense involved 500 grams or more of a
13   mixture or substance containing cocaine.
14   The Grand Jury further alleges that this offense was committed during and in
15   furtherance of the conspiracy charged in Count 1, above.
16   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)
17   and Title 18, United States Code, Section 2.

**COUNT 7**

**(Possession of Cocaine with Intent to Distribute)**

20   On or about November 21, 2017, in King County, Washington, in the Western
21   District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and
22   MARTIN JEFFREY BANKS knowingly and intentionally possessed, and did aid and
23   abet the possession of, with intent to distribute, cocaine, a substance controlled under
24   Title 21, United States Code, Section 812.
25   The Grand Jury further alleges that this offense involved 500 grams or more of a
26   mixture or substance containing cocaine.
27   The Grand Jury further alleges that this offense was committed during and in
28   furtherance of the conspiracy charged in Count 1, above.

Indictment/Cheatham et al. - 6

1    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)

2  and Title 18, United States Code, Section 2.

3                                   **COUNT 8**

4                    **(Possession of Cocaine with Intent to Distribute)**

5    On or about November 27, 2017, in King County, Washington, in the Western

6  District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, MARQUS

7  JAMAL JONES, and ADAM MICHAEL SMITH knowingly and intentionally possessed,

8  and did aid and abet the possession of, with intent to distribute, cocaine, a substance

9  controlled under Title 21, United States Code, Section 812.

10    The Grand Jury further alleges that this offense was committed during and in

11  furtherance of the conspiracy charged in Count 1, above.

12    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

13  and Title 18, United States Code, Section 2.

14                                  **COUNT 9**

15         **(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

16    On or about November 27, 2017, in King County, Washington, within the Western

17  District of Washington, ADAM MICHAEL SMITH, during and in relation to the drug

18  trafficking crimes of *Conspiracy to Distribute Controlled Substances* as charged in Count

19  1 and *Possession of Cocaine with Intent to Distribute* as charged in Count 8, above, did

20  knowingly and intentionally carry, and did aid and abet the carrying of, a firearm, to wit,

21  one Sig Sauer Model P232 .380 semiautomatic pistol, bearing serial number S244271.

22    All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

23                                  **COUNT 10**

24                    **(Possession of Cocaine with Intent to Distribute)**

25    On or about November 30, 2017, in Tukwila, Washington, in the Western District

26  of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and EDDRICK

27  JEROME BAKER knowingly and intentionally possessed, and did aid and abet the

28

Indictment/Cheatham et al. - 7

1  possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

2  United States Code, Section 812.

3       The Grand Jury further alleges that this offense was committed during and in

4  furtherance of the conspiracy charged in Count 1, above.

5       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

6  and Title 18, United States Code, Section 2.

7  ## COUNT 11

8  ### (Possession of Heroin with Intent to Distribute)

9       On or about January 7, 2018, at Lewis County, Washington, within the Western

10  District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, MICHAEL

11  LA VON DAVIS, NAKITA MARIE CANNADY, and NATHANIEL WELLS

12  knowingly and intentionally possessed, and did aid and abet the possession of, with intent

13  to distribute, heroin, a substance controlled under Title 21, United States Code, Section

14  812.

15       The Grand Jury further alleges that this offense involved one (1) kilogram or more

16  of a mixture or substance containing heroin.

17       The Grand Jury further alleges that this offense was committed during and in

18  furtherance of the conspiracy charged in Count 1, above.

19       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)

20  and Title 18, United States Code, Section 2.

21  ## COUNT 12

22  ### (Possession of Cocaine with Intent to Distribute)

23       On or about February 15, 2018, in King County, Washington, within the Western

24  District of Washington, and elsewhere, MICHAEL LA VON DAVIS and RASHEED

25  CHAFA ECHOLS knowingly and intentionally possessed, and did aid and abet the

26  possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

27  United States Code, Section 812.

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      The Grand Jury further alleges that this offense was committed during and in
2 furtherance of the conspiracy charged in Count 1, above.
3      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
4 and Title 18, United States Code, Section 2.

5 **COUNT 13**
6 **(Possession of Heroin with Intent to Distribute)**

7      On or about February 16, 2018, in Tukwila, Washington, Washington, within the
8 Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM
9 and MARCUS JAMES HALL  knowingly and intentionally possessed, and did aid and
10 abet the possession of, with intent to distribute, heroin, a substance controlled under Title
11 21, United States Code, Section 812.
12      The Grand Jury further alleges that this offense was committed during and in
13 furtherance of the conspiracy charged in Count 1, above.
14      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
15 and Title 18, United States Code, Section 2.

16 **COUNT 14**
17 **(Possession of Heroin with Intent to Distribute)**

18      On or about February 18, 2018, in Seattle, Washington, within the Western
19 District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and
20 MARCUS JAMES HALL  knowingly and intentionally possessed, and did aid and abet
21 the possession of, with intent to distribute, heroin, a substance controlled under Title 21,
22 United States Code, Section 812.
23      The Grand Jury further alleges that this offense was committed during and in
24 furtherance of the conspiracy charged in Count 1, above.
25      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
26 and Title 18, United States Code, Section 2.
27
28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 15

### (Possession of Heroin with Intent to Distribute)

On or about February 19, 2018, in Pierce County, Washington, within the Western District of Washington, and elsewhere, MICHAEL LA VON DAVIS and WAUNIKA LYNETTE WALKER knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, heroin, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 16

### (Possession of Cocaine with Intent to Distribute)

On or about February 20, 2018, in Renton, Washington, within the Western District of Washington, and elsewhere, LARRY DOBBIE HOLLOWAY and others known and unknown, knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 17

### (Possession of Cocaine and Heroin with Intent to Distribute)

On or about February 20, 2018, in Pierce County, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and

Indictment/Cheatham et al. - 10

1  ALONZO WILLAMS BAGGETT knowingly and intentionally possessed, and did aid

2  and abet the possession of, with intent to distribute, cocaine and heroin, substances

3  controlled under Title 21, United States Code, Section 812.

4       The Grand Jury further alleges that this offense involved 100 grams or more of a

5  mixture or substance containing heroin.

6       The Grand Jury further alleges that this offense was committed during and in

7  furtherance of the conspiracy charged in Count 1, above.

8       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)

9  and Title 18, United States Code, Section 2.

10                            **COUNT 18**

11            **(Possession with Intent to Distribute Cocaine)**

12      On or about February 22, 2018, in Pierce County, Washington, within the Western

13 District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and

14 MARCUS JAMES HALL knowingly and intentionally possessed, and did aid and abet

15 the possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

16 United States Code, Section 812.

17      The Grand Jury further alleges that this offense was committed during and in

18 furtherance of the conspiracy charged in Count 1, above.

19      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

20 and Title 18, United States Code, Section 2.

21                            **COUNT 19**

22          **(Possession of Cocaine with Intent to Distribute)**

23      On or about February 22, 2018, in King County, Washington, in the Western

24 District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, TIFFANY

25 YOUNGER, and MICHAEL D. SAFFORD knowingly and intentionally possessed, and

26 did aid and abet the possession of, with intent to distribute, cocaine, a substance

27 controlled under Title 21, United States Code, Section 812.

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Grand Jury further alleges that this offense was committed during and in
2   furtherance of the conspiracy charged in Count 1, above.
3   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
4   and Title 18, United States Code, Section 2.

## COUNT 20

### (Possession of Cocaine with Intent to Distribute)

7   On or about February 23, 2018, in Tukwila, Washington, in the Western District
8   of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, BRANDEN LEI
9   BARNETT and LAMONT JEFFREY REYNOLDS knowingly and intentionally
10   possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a
11   substance controlled under Title 21, United States Code, Section 812.
12   The Grand Jury further alleges that this offense was committed during and in
13   furtherance of the conspiracy charged in Count 1, above.
14   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
15   and Title 18, United States Code, Section 2.

## COUNT 21

### (Possession of Cocaine with Intent to Distribute)

18   On or about February 26, 2018, in King County, Washington, within the Western
19   District of Washington, and elsewhere, MICHAEL LA VON DAVIS and RASHEED
20   CHAFA ECHOLS knowingly and intentionally possessed, and did aid and abet the
21   possession of, with intent to distribute, cocaine, a substance controlled under Title 21,
22   United States Code, Section 812.
23   The Grand Jury further alleges that this offense was committed during and in
24   furtherance of the conspiracy charged in Count 1, above.
25   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
26   and Title 18, United States Code, Section 2.
27
28

Indictment/Cheatham et al. - 12

1

## COUNT 22

2

### (Possession of Cocaine with Intent to Distribute)

3        On or about February 27, 2018, in Seattle, Washington, in the Western District of

4   Washington, and elsewhere, CHARLES ROLAND CHEATHAM and others known and

5   unknown, knowingly and intentionally possessed, and did aid and abet the possession of,

6   with intent to distribute, cocaine, a substance controlled under Title 21, United States

7   Code, Section 812.

8        The Grand Jury further alleges that this offense was committed during and in

9   furtherance of the conspiracy charged in Count 1, above.

10        All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

11   and Title 18, United States Code, Section 2.

12

## COUNT 23

13

### (Possession of Cocaine with Intent to Distribute)

14        On or about February 28, 2018, in King County, Washington, in the Western

15   District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and

16   CARLOS DEMARK DENNIS knowingly and intentionally possessed, and did aid and

17   abet the possession of, with intent to distribute, cocaine, a substance controlled under

18   Title 21, United States Code, Section 812.

19        The Grand Jury further alleges that this offense was committed during and in

20   furtherance of the conspiracy charged in Count 1, above.

21        All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

22   and Title 18, United States Code, Section 2.

23

## COUNT 24

24

### (Possession of Heroin with Intent to Distribute)

25        On or about February 28, 2018, in King County, Washington, within the Western

26   District of Washington, and elsewhere, MICHAEL LA VON DAVIS and WAUNIKA

27   LYNETTE WALKER knowingly and intentionally possessed, and did aid and abet the

28

Indictment/Cheatham et al. - 13

1  possession of, with intent to distribute, heroin, a substance controlled under Title 21,

2  United States Code, Section 812.

3       The Grand Jury further alleges that this offense involved 100 grams or more of a

4  mixture or substance containing a detectable amount of heroin.

5       The Grand Jury further alleges that this offense was committed during and in

6  furtherance of the conspiracy charged in Count 1, above.

7       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)

8  and Title 18, United States Code, Section 2.

## COUNT 25

### (Possession of Cocaine with Intent to Distribute)

On or about March 2, 2018, in King County, Washington, in the Western District

of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and DOMINQUE E.

JIMERSON, knowingly and intentionally possessed, and did aid and abet the possession

of, with intent to distribute, cocaine, a substance controlled under Title 21, United States

Code, Section 812.

The Grand Jury further alleges that this offense involved 500 grams or more of a

mixture or substance containing cocaine.

The Grand Jury further alleges that this offense was committed during and in

furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)

and Title 18, United States Code, Section 2.

## COUNT 26

### (Possession of Cocaine with Intent to Distribute)

On or about March 2, 2018, in Renton, Washington, within the Western District of

Washington, and elsewhere, CHARLES ROLAND CHEATHAM and LARRY DOBBIE

HOLLOWAY knowingly and intentionally possessed, and did aid and abet the

possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

United States Code, Section 812.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that this offense was committed during and in
2  furtherance of the conspiracy charged in Count 1, above.

3    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
4  and Title 18, United States Code, Section 2.

5                                    **COUNT 27**

6                    **(Possession of Heroin with Intent to Distribute)**

7    On or about March 3, 2018, in King County, Washington, within the Western
8  District of Washington, and elsewhere, MICHAEL LA VON DAVIS and ASA D.
9  HARRIS knowingly and intentionally possessed, and did aid and abet the possession of,
10  with intent to distribute, heroin, a substance controlled under Title 21, United States
11  Code, Section 812.

12    The Grand Jury further alleges that this offense was committed during and in
13  furtherance of the conspiracy charged in Count 1, above.

14    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
15  and Title 18, United States Code, Section 2.

16                                    **COUNT 28**

17                   **(Possession of Cocaine with Intent to Distribute)**

18    On or about March 4, 2018, in King County, Washington, in the Western District
19  of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and BRADFORD
20  STREET knowingly and intentionally possessed, and did aid and abet the possession of,
21  with intent to distribute, cocaine, a substance controlled under Title 21, United States
22  Code, Section 812.

23    The Grand Jury further alleges that this offense involved 500 grams or more of a
24  mixture or substance containing cocaine.

25    The Grand Jury further alleges that this offense was committed during and in
26  furtherance of the conspiracy charged in Count 1, above.

27    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)
28  and Title 18, United States Code, Section 2.

Indictment/Cheatham et al. - 15

**COUNT 29**

**(Possession of Cocaine with Intent to Distribute)**

On or about March 6, 2018, in Tukwila, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and MARTIN JEFFREY BANKS knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT 30**

**(Possession of Cocaine with Intent to Distribute)**

On or about March 8, 2018, in King County, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, JEROME RAY WILSON, and MICHAEL D. SAFFORD knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT 31**

**(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about March 8, 2018, in King County, Washington, within the Western District of Washington, JEROME RAY WILSON, during and in relation to the drug trafficking crimes of *Conspiracy to Distribute Controlled Substances* as charged in Count 1 and *Possession of Cocaine with Intent to Distribute* as charged in Count 30 above, did

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  knowingly and intentionally carry, and did aid and abet the carrying of, a firearm, to wit,

2  two Ruger SR9C 9mm semiautomatic pistols, bearing serial numbers 366-67744 and

3  336-88308.

4        All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

5  **COUNT 32**

6  **(Possession of Cocaine with Intent to Distribute)**

7        On or about March 10, 2018, in King County, Washington, in the Western District

8  of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and others known

9  and unknown, knowingly and intentionally possessed, and did aid and abet the possession

10 of, with intent to distribute, cocaine, a substance controlled under Title 21, United States

11 Code, Section 812.

12       The Grand Jury further alleges that this offense was committed during and in

13 furtherance of the conspiracy charged in Count 1, above.

14       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

15 and Title 18, United States Code, Section 2.

16 **COUNT 33**

17 **(Possession of Cocaine with Intent to Distribute)**

18       On or about March 14, 2018, in King County, Washington, in the Western District

19 of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and CARLOS

20 DEMARK DENNIS knowingly and intentionally possessed, and did aid and abet the

21 possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

22 United States Code, Section 812.

23       The Grand Jury further alleges that this offense was committed during and in

24 furtherance of the conspiracy charged in Count 1, above.

25       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

26 and Title 18, United States Code, Section 2.

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATION
### *Counts 1–8, 10–30, and 32–33*

The allegations contained in Counts 1–8, 10–30, and 32–33 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Pursuant to Title 21, United States Code, Section 853(a), upon conviction of any of the offenses alleged in Counts 1–8, 10–30, and 32–33 of this Indictment, the defendants, CHARLES ROLAND CHEATHAM, LUIS PEREZ-CRUZ, DOMINQUE E. JIMERSON, DONNIE P. CHEATHAM, TIFFANY LATRICE YOUNGER, LAMONT JEFFREY REYNOLDS, MICHAEL LA VON DAVIS, NAKITA MARIE CANNADY, EDDRICK JEROME BAKER, ALONZO WILLIAMS BAGGETT, MARTIN JEFFREY BANKS, MARQUS JAMAL JONES, ADAM MICHAEL SMITH, NATHANIEL WELLS, RASHEED CHAFA ECHOLS, MARCUS JAMES HALL, WAUNIKA LYNETTE WALKER, LARRY DOBBIE HOLLOWAY, MICHAEL D. SAFFORD, BRANDEN LEI BARNETT, CARLOS DEMARK DENNIS, ASA D. HARRIS, BRADFORD STREET, and JEROME RAY WILSON, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of that offense, and also shall forfeit any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, that offense, including but not limited to the following:

a. Approximately $100,000 in U.S. currency, seized on or about January 7, 2018, from NAKITA MARIE CANNADY and NATHANIEL WELLS;

b. Approximately $1,256 in U.S. currency, seized on or about January 7, 2018, from NATHANIEL WELLS; and

c. A judgment for a sum of money representing any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of that offense, and any of the defendant's property used, or intended to

1    be used, in any manner or part, to commit, or to facilitate the commission of,

2    that offense.

3                                    *Counts 9 and 31*

4         The allegations contained in Counts 9 and 31 of this Indictment are hereby

5    realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

6    Title 18, United States Code, Section 924(d) and Title 28, United States Code,

7    Section 2461(c).

8         Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United

9    States Code, Section 2461(c), upon conviction of either of the offenses charged in Counts

10   9 and 31 of this Indictment, the defendants, ADAM MICHAEL SMITH and JEROME

11   RAY WILSON, shall forfeit to the United States any firearms or ammunition involved in

12   or used in any knowing violation of Title 18, United States Code, Section 924, including

13   but not limited to the following:

14        a.  One Ruger SR9C 9mm semiautomatic pistol, bearing serial number 366-

15            67744; and

16        b.  One Ruger SR9C 9mm semiautomatic pistol, bearing serial number 336-

17            88308.

18                                   *Substitute Assets*

19        If any of the above-described forfeitable property, as a result of any act or

20   omission of the defendants,

21        a.  cannot be located upon the exercise of due diligence;

22        b.  has been transferred or sold to, or deposited with, a third party;

23        c.  has been placed beyond the jurisdiction of the Court;

24        d.  has been substantially diminished in value; or

25        e.  has been commingled with other property which cannot be divided without

26            difficulty;

27

28

Indictment/Cheatham et al. - 19

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States, pursuant to Title 21, United States Code, Section

2  853(p) and Title 28, United States Code, Section 2461(c), to seek the forfeiture of any

3  other property of the defendants, up to the value of the above-described forfeitable

4  property.

5

6                                        A TRUE BILL:

7                                        DATED: 5-30-2018

8                                        *Signature of the Foreperson redacted*
                                         *pursuant to the policy of the Judicial*
9                                        *Conference of the United States*

10                                       _____

11                                       FOREPERSON

12

13  ANNETTE L. HAYES
    United States Attorney

14

15

16  SARAH Y. VOGEL
    Assistant United States Attorney

17

18

19  ERIN H. BECKER
    Assistant United States Attorney

20

21

22  VINCENT T. LOMBARDI
    Assistant United States Attorney

23

24

25  NICHOLAS MANHEIM
    Assistant United States Attorney

26

27

28

Indictment/Cheatham et al. - 20