# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant: CHEATHAM, CHARLES ROLAND II

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                          CR

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

     Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

     Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.   CASE STATUS

Name of Defendant: PEREZ-CRUZ, LUIS

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                           CR

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.    CASE STATUS

Name of Defendant: JIMERSON, DOMINIQUE

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

MJ                        CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.      CASE STATUS

Name of Defendant: CHEATHAM, DONNIE P.

Has defendant had initial appearance in this case?      ☐ Yes   ☑ No

MJ                           CR

## II.      CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.      ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.      CASE STATUS

Name of Defendant: YOUNGER, TIFFANY

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                              CR

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    15    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I. CASE STATUS

Name of Defendant: REYNOLDS, LAMONT J

Has defendant had initial appearance in this case? ☐ Yes ☑ No

  MJ      CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

  Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

  Defense Attorney's Name and address:

The estimated trial time is 15 days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.  CASE STATUS

Name of Defendant: DAVIS, MICHAEL LAVON

Has defendant had initial appearance in this case?  ☐ Yes   ☑ No

　　MJ　　　　　　　　　CR

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

　　　　Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

　　　　Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: CANNADY, NAKITA MARIE

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                              CR

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

     Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

     Defense Attorney's Name and address:

The estimated trial time is    15    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: BAKER, EDDRICK J

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                          CR

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.  CASE STATUS

Name of Defendant: BAGGET, ALONZO WESLEY

Has defendant had initial appearance in this case?  ☐ Yes  ☑ No

MJ                                    CR

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.    CASE STATUS

Name of Defendant: BANKS, MARTIN JEFFREY

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

MJ                              CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

Defense Attorney's Name and address:

The estimated trial time is    15    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: JONES, MARQUS J

Has defendant had initial appearance in this case?    ☐ Yes   ☑ No

MJ             CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

     Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

     Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: SMITH, ADAM MICHAEL

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                          CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

　　　　Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

　　　　Defense Attorney's Name and address:

The estimated trial time is    15    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.   CASE STATUS

Name of Defendant: WELLS, NATHANIEL

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                            CR

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

      Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

      Defense Attorney's Name and address:

The estimated trial time is    15    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant: ECHOLS, RASHEED C

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                              CR

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

      Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

      Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: HALL, MARCUS

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                                CR

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: WALKER, WAUNIKA

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

    MJ                          CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is    15    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.  CASE STATUS

Name of Defendant: HOLLOWAY, LARRY D

Has defendant had initial appearance in this case?  ☐ Yes  ☑ No

    MJ                   CR

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

        Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

        Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for <u>each</u> defendant)

## I.      CASE STATUS

Name of Defendant: SAFFORD, MICHAEL D-ANDRE

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

      MJ                          CR

## II.      CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.      ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

      Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

      Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: BARNETT, BRANDEN LEI

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

MJ                          CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    15    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: DENNIS, CARLOS DEMARK

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

    MJ                   CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is    15    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant: HARRIS, ASA

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                    CR

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: STREET, BRADFORD

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

          MJ                    CR

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

       Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

       Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for <u>each</u> defendant)

## I.      CASE STATUS

Name of Defendant: WILSON, JEROME RAY

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                              CR

## II.      CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.      ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   15   days.

(Revised March 2018)