```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

           MAY 30 2018
            AT SEATTLE
      CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    BY                      DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131 RAJ |
|---|---|
| Plaintiff, | ORDER ISSUING BENCH WARRANT |
| v. | |
| 24. JEROME RAY WILSON, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 30th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES __XX__ NO _____**

ORDER ISSUING BENCH WARRANT – 1