The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CHARLES ROLAND CHEATHAM, et al.,<br><br>                Defendants. | NO. CR18-131 RAJ<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL SCOTT MORGAN, et al.,<br><br>                Defendants. | NO. CR18-132 RAJ |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>BOBBY BEASLEY,<br>WESLEY ARMSTRONG,<br>CLEOPHUS SHEPARD,<br>JIHAD ZEIGLER,<br><br>                Defendants. | NO. CR18-144 RAJ<br>     CR18-145 RAJ<br>     CR18-147 RAJ<br>     CR18-161 RAJ |

Notice of Unavailability of Counsel - 1
*U.S. v. Cheatham, et al., CR18-131 RAJ; U.S. v. Morgan, et al., CR18-132 RAJ;*
*U.S. v. Beasley, CR18-144 RAJ; U.S. v. Armstrong, CR18-145 RAJ;*
*U.S. v. Shepard, CR18-147 RAJ; U.S. v. Zeigler, CR18-161 RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Please take notice that the undersigned Assistant United States Attorney will be unavailable from August 1 through August 20, 2018.

DATED this 19th day of July, 2018.

                Respectfully submitted,

                ANNETTE L. HAYES
                United States Attorney

                *s/ Erin H. Becker*
                ERIN H. BECKER
                Assistant United States Attorney
                United States Attorney's Office
                700 Stewart, Suite 5220
                Seattle, WA 98101-1271
                Telephone:  206-553-7970
                E-mail:  Erin.Becker@usdoj.gov

Notice of Unavailability of Counsel - 2
*U.S. v. Cheatham, et al., CR18-131 RAJ; U.S. v. Morgan, et al., CR18-132 RAJ;*
*U.S. v. Beasley, CR18-144 RAJ; U.S. v. Armstrong, CR18-145 RAJ;*
*U.S. v. Shepard, CR18-147 RAJ; U.S. v. Zeigler, CR18-161 RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

*s/ Courtney Goertzen*
COURTNEY GOERTZEN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0755
E-mail: Courtney.Goertzen@usdoj.gov

Notice of Unavailability of Counsel - 3
*U.S. v. Cheatham, et al., CR18-131 RAJ; U.S. v. Morgan, et al., CR18-132 RAJ;*
*U.S. v. Beasley, CR18-144 RAJ; U.S. v. Armstrong, CR18-145 RAJ;*
*U.S. v. Shepard, CR18-147 RAJ; U.S. v. Zeigler, CR18-161 RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970