The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDEN BARNETT,<br><br>Defendant. | NO. CR 18-131-RAJ<br><br>MOTION TO JOIN IN PENDING MOTION TO CONTINUE TRIAL DATE BY DEFENDANT BRANDEN BARNETT<br><br>NOTE FOR MOTION CALENDAR:<br>**August 1, 2018** |

COMES NOW Defendant BRANDEN BARNETT, through his attorney, Jeffrey Steinborn and respectfully moves this Honorable Court to allow him to join in the pending stipulated motion to continue the trial date in this matter.

This motion is based upon the records and files herein and Defendant Barnett's previously filed waiver of speedy trial and his Waiver of Presence at Hearing, filed simultaneously with this motion.

RESPECTFULLY SUBMITTED this 27th day of July, 2018.

JEFFREY STEINBORN, PLLC

s/ Jeffrey Steinborn, PLLC
P.O. Box 78361
Seattle, Washington 9818
206-622-5117
js@surlaw.com

MOTION TO JOIN - 1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of July, 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the Plaintiff (s) and Defendant(s).

Dated this 27th day of July, 2018.

s/Tracee Tomich_____
Tracee Tomich, Legal Assistant
JEFFREY STEINBORN, PLLC
Counsel for Defendant Barnett
P.O. Box 78361
Seattle, Washington 98178
Phone: 206-622-5117
Email: traceejean@surlaw.com