Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 18-131 RAJ |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF JOINDER IN |
| | ) | STIPULATED MOTION FOR |
| LARRY DOBBIE HOLLOWAY, | ) | CONTINUANCE OF TRIAL |
| Defendant | ) | [DKT # 303] |

Defendant LARRY DOBBIE HOLLOWAY, through counsel Terry Kellogg, does hereby join in the stipulated continuance by most defendants to continuance of the trial to May or June of 2019.

Dated this   30th   of July, 2018,  at SEATTLE, Washington.

s/ Terrence Kellogg
Terrence Kellogg, WSBA # 6452
Attorney for L. HOLLOWAY
P.O. Box 70819
Seattle, WA. 98127
Telephone: (206) 491-9003
E-Mail: terrykellogg@comcast.net

LARRY HOLLOWAY'S JOINDER IN
STIPULATED MOTION FOR CONTINUANCE

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003

## CERTIFICATE OF SERVICE

Terrence Kellogg does hereby certify that on the 30th of July, 2018, he caused the document set forth above to be served on all counsel of record by filing the same with the Western District of Washington ECF system.

      s/ *Terrence Kellogg*
   Terrence Kellogg,
   Attorney for Larry Holloway
   WA. State Bar # 6452
   P.O. Box 70819
   Seattle, WA. 98127
   Telephone: (206) 491-9003
 E-Mail: terrykellogg@comcast.net

LARRY HOLLOWAY'S JOINDER IN
STIPULATED MOTION FOR CONTINUANCE

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003