1  
2  
3  
4  
5  
6  
7  
8  
9  
10  

U.S. District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHARLES ROLAND CHEATHAM, et al., Defendants. | NO. CR18-131RAJ<br><br>STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER<br><br>Note on Motion Calendar: September 21, 2018 |
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL SCOTT MORGAN, et al., Defendants. | NO. CR18-132RAJ |

Stipulation for Entry of Protective Order - 7
*U.S. v. Cheatham, et al.*, CR18-131RAJ; *U.S. v. Morgan, et al.*, CR18-132RAJ;
*U.S. v. Beasley*, CR18-144RAJ; *U.S. v. Armstrong*, CR18-145RAJ;
*U.S. v. Shepard*, CR18-147RAJ; *U.S. v. Zeigler*, CR18-161RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>WESLEY ARMSTRONG,<br>BOBBY BEASLEY,<br>CLEOPHUS SHEPARD,<br>JIHAD ZEIGLER,<br><br>                Defendants. | NO. CR18-144RAJ<br>      CR18-145RAJ<br>      CR18-147RAJ<br>      CR18-161RAJ |

      The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Vincent T. Lombardi, Erin Becker and Nicholas Manheim, Assistant United States Attorneys for said District, and the undersigned Defendants, by and through their undersigned attorneys of record, hereby stipulate and agree as follows

      1.     Defendants are currently charged in these related Indictments with various controlled substances and/or firearms offenses. All of the Defendants except for defendant Nathaniel Wells (Defendant 14 in *U.S. v. Cheatham,* CR18-131RAJ) join in this stipulation.

      2.     The government anticipates that pursuant to its obligations under Federal Rule of Criminal Procedure 16, Local CrR 16, the Jencks Act, 18 U.S.C. § 3500, *Brady*, and *Giglio*, it will be required to produce discovery consisting of sensitive materials that disclose: (1) Grand Jury testimony; (2) financial information, subscriber information (including phone and utility subscriber information for third parties) and other personal identifying information ("PII")[1] obtained during the investigation, either via Grand Jury

---

[1] "PII" includes, but is not necessarily limited to, the information identified in Fed. R. Crim. P. 49.1(a) and includes full names, dates of birth, Social Security numbers (or other identification information), financial account

Stipulation for Entry of Protective Order - 8
*U.S. v. Cheatham, et al.,* CR18-131RAJ; *U.S. v. Morgan, et al.,* CR18-132RAJ;
*U.S. v. Beasley,* CR18-144RAJ; *U.S. v. Armstrong,* CR18-145RAJ;
*U.S. v. Shepard,* CR18-147RAJ; *U.S. v. Zeigler,* CR18-161RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

subpoena and/or during the execution of search warrants; (3) other personal information about defendants and third parties, including but not limited to photographs (including sexually suggestive photographs of family members, defendants and/or witnesses) and other sensitive information obtained from the search of social media, cellular telephones and other digital devices seized during the investigation (collectively, the "Protected Material").

3. This motion also seeks court authorization for the government to disclose documents to the defense that have been obtained via Grand Jury process. Pursuant to Title 12, United States Code, Sections 3401 – 3402, financial records subpoenaed by a grand jury are accorded protections as provided by Fed. R. Crim. P. 6(e). Testimony before the Grand Jury is also protected by the rule. By this motion, the government seeks permission to, at the appropriate time, unseal said materials for the limited purpose of providing said protected material to the defense in discovery per the Protective Order.

4. This Stipulation is submitted for the purpose of ensuring that the Protected Material contained in the discovery in this case is not disseminated to anyone other than counsel and the members of their respective litigation teams, and under certain circumstances, the Defendants.

5. Under the terms of the proposed Order, each Defendant will be provided with discovery in this case, either directly or through the Coordinating Discovery Attorney appointed by this court, including the "Protected Material."

6. All Grand Jury transcripts, wiretap materials (including wiretap pleadings, which are already sealed by prior order of the Court), cellular telephone downloads, financial records (including phone and utility subscriber information for third parties),

---

information (including account numbers), tax information, driver's license numbers, addresses, telephone numbers, locations of residences or employment, medical records, school records, juvenile criminal records, and other confidential information. The government has endeavored to redact PII as appropriate, but the parties acknowledge and agree that this will not always be possible, and that in some instances un-redacted PII may be necessary to the defense.

Stipulation for Entry of Protective Order - 9
U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;
U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;
U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and summaries of financial records provided during discovery will be considered Protected Material without further designation by the Government.

7. Other information believed by the Government to be Protected Material will be so designated by the Government. Said material may include, but is not limited to, criminal history reports for defendants and/or prospective government witnesses and related *Giglio* impeachment materials.

8. Possession of the Protected Material is limited to defense counsel, as well as defense counsels' investigators, paralegals, assistants, law clerks, and experts (hereinafter collectively referred to as "members of the defense team").

9. Members of the defense team may not provide copies of the Protected Material to other persons, including to any Defendant. In addition, defense counsel is required to provide a copy of this Protective Order to members of the defense team, and obtain written consent from members of the defense team of their acknowledgment to be bound by the terms and conditions of this Protective Order, prior to providing any Protected Material to the members of the defense team. The written consent need not be disclosed or produced to the United States unless reasonably requested by the Assistant United States Attorney and ordered by the Court.

10. Defendants who are held at the Federal Detention Center (FDC) will be permitted to review the Protected Material, consistent with the regulations established by the BOP, with or without their respective counsel in a controlled environment at the Federal Detention Center (FDC), but will be prohibited from printing out, copying, or disseminating the discovery. Defendants who are on pretrial release will be permitted to review the Protected Material at the offices of their counsel, but will be prohibited from printing out, copying, or disseminating the discovery.

11. Nothing in this Stipulation shall prevent any party from seeking modification of this Protective Order or from objecting to discovery that it believes to be otherwise improper. In the event that counsel for a defendant believes that the government has incorrectly designated material as Protected Material, said counsel

Stipulation for Entry of Protective Order - 10
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  should first confer with the government to attempt to resolve the issue. If the parties are
2  unable to resolve the dispute, counsel is free to raise the issue with the Court by way of a
3  motion.
4      12.   Nothing in this Stipulation shall be deemed to require the Government to
5  provide particular discovery at a time or in a fashion inconsistent with applicable law.
6  The failure to designate any materials as Protected Materials shall not constitute a waiver
7  of a party's assertion that the materials are covered by this Protective Order.
8      13.   The parties respectfully request that the Court issue the proposed Protective
9  Order.
10     Respectfully submitted this 21st day of September, 2018.

ANNETTE L. HAYES
United States Attorney

*/s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
ERIN H. BECKER
NICHOLAS MANHEIM
Assistant United States Attorneys
Phone: 206-553-5178
E-mail: vince.lombardi@usdoj.gov

Stipulation for Entry of Protective Order - 11
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SO STIPULATED this 21st day of September, 2018 (via email authorization).

*United States v. Morgan, et al*
*CR18-132RAJ*

*/s/ Emma Scanlan*
EMMA SCANLAN
Attorney for Michael Scott Morgan, Jr.

*/s/ Sean Gillespie*
SEAN GILLESPIE
Attorney for Tabid Abukar Mohamed

*/s/ Paula Olson*
PAULA OLSON
Attorney for Railen Janai Wheeler

*/s/ Aimee Sutton*
AIMEE SUTTON
Attorney for Johnny Davis

*/s/ Michael Nance*
MICHAEL NANCE
Attorney for Joseph Lee Wilson

*/s/ Allen Ressler*
ALLEN RESSLER
Attorney for Christopher Anthony Clay

*/s/ Zachary Jarvis*
ZACHARY JARVIS
Attorney for Robert Conrad Otero

*/s/ Courtney Will*
COURTNEY WILL
Attorney for Patrick Dyon Williams

*/s/ Mark Kaiman*
MARK KAIMAN
Attorney for Calvin Herman Thomas

*/s/ Keith MacFie*
KEITH MACFIE
Attorney for Ernie Ray Davis

*/s/ Richard Warner*
RICHARD WARNER
Attorney for Crystal Lynn Barquet

*/s/ Benjamin Byers*
BENJAMIN BYERS
STEVEN FOGG
Attorneys for Christopher Dale Nabors

*/s/ Charles Johnston*
CHARLES JOHNSTON
Attorney for Edward Locke

*/s/ Robert Gombiner*
ROBERT GOBMINER
Attorney for Jevone Shane Gipson

*/s/ Scott Engelhard*
SCOTT ENGELHARD
Attorney for Lovell Leon Brown

Stipulation for Entry of Protective Order - 12
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*United States v. Cheatham, et al*
*CR18-131RAJ*

*/s/ Lee Edmond*
LEE EDMOND
Attorney for Charles Roland Cheatham

*/s/ Emily Gause*
EMILY GAUSE
Attorney for Luis Perez-Cruz

*/s/ Timothy Lohraff*
TIMOTHY LOHRAFF
Attorney for Dominque Jimerson

*/s/ Robert Flennaugh*
ROBERT FLENNAUGH
Attorney for Donnie P. Cheatham

*/s/ Christopher Black*
CHRISTOPHER BLACK
Attorney for Tiffany Latrice Younger

*/s/ Peter Mazzone*
PETER MAZZONE
Attorney for Michael La Von Davis

*/s/ David Hammerstad*
DAVID HAMMERSTAD
Attorney for Makita Marie Cannady

*/s/ Michael Kolker*
MICHAEL KOLKER
Attorney for Eddrick Jerome Baker

*/s/ Casey Arbenz*
CASEY ARBENZ
Attorney for Alonzo Williams Baggett

*/s/ Thomas Weaver*
THOMAS WEAVER
Attorney for Martin Banks

*/s/ James Bible*
JAMES BIBLE
Attorney for Marqus Jamal Jones

*/s/ Cooper Offenbecher*
COOPER OFFENBECHER
Attorney for Rasheed Chafa Echols

*/s/ Cathy Gormley*
CATHY GORMLEY
Attorney for Marcus James Hall

*/s/ Barry Flegenheimer*
BARRY FLEGENHEIMER
Attorney for Wuanika Lynette Walker

*/s/ Terrence Kellogg*
TERRENCE KELLOGG
Attorney for Larry Holloway

*/s/ Steven Krupa*
STEVEN KRUPA
Attorney for Michael D. Safford

/s/ Jeffrey Steinborn
JEFFREY STEINBORN
Attorney for Branden Barnett

Stipulation for Entry of Protective Order - 2
U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;
U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;
U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2  */s/ Gabriel Banfi*
3  GABRIEL BANFI
   Attorney for Carlos Demark Dennis
4

5  */s/ Jeffrey Kradel*
6  JEFFREY KRADEL
   Attorney for Asa Harris
7

8  */s/ Peter Camiel*
   PETER CAMIEL
9  Attorney for Bradford Street

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Entry of Protective Order - 2
*U.S. v. Cheatham, et al.*, CR18-131RAJ; *U.S. v. Morgan, et al.*, CR18-132RAJ;
*U.S. v. Beasley*, CR18-144RAJ; *U.S. v. Armstrong*, CR18-145RAJ;
*U.S. v. Shepard*, CR18-147RAJ; *U.S. v. Zeigler*, CR18-161RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | ***United States v. Wesley Armstrong*** |
| 2 | ***CR18-144RAJ*** |
| 3 | */s/ Nicholas Marchi* |
| 4 | NICHOLAS MARCHI |
|   | Attorney for Wesley Armstrong |
| 5 |   |
| 6 | ***United States v. Bobby Beasley*** |
|   | ***CR18-145RAJ*** |
| 7 |   |
| 8 | */s/ Michael Martin* |
|   | MICHAEL MARTIN |
| 9 | Attorney for Bobby Beasley |
| 10 |   |
| 11 | ***United States v. Jihad Zeigler*** |
|   | **CR18-161RAJ** |
| 12 |   |
| 13 | */s/ Phil Brennan* |
|   | PHIL BRENNAN |
| 14 | Attorney for Jihad Zeigler |

Stipulation for Entry of Protective Order - 2
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on September 21, 2018, I electronically filed the foregoing |
| 3 | with the Clerk of the Court using the CM/ECF system which will send notification of |
| 4 | such filing to the attorney(s) of record for the defendant(s). |

*/s/Karen Wolgamuth*
KAREN WOLGAMUTH
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5050
FAX:   (206) 553-4440
E-mail: karen.wolgamuth@usdoj.gov

Stipulation for Entry of Protective Order - 3
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970