Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_November 28_ 20 _18_

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-131 RAJ |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| v. | |

1. CHARLES ROLAND CHEATHAM,
   a/k/a "Chi-Chi,"
2. LUIS PEREZ-CRUZ,
   a/k/a "Vicente Martinez Cruz,"
3. DOMINQUE E. JIMERSON,
   a/k/a "Benjamin S. Smith,"
4. DONNIE P. CHEATHAM,
5. TIFFANY LATRICE YOUNGER,
6. LAMONT JEFFREY REYNOLDS,
   a/k/a "L,"
7. MICHAEL LAVON DAVIS,
8. NAKITA MARIE CANNADY,
9. EDDRICK JEROME BAKER,
10. ALONZO WILLIAMS BAGGETT,
11. MARTIN JEFFREY BANKS,
12. MARQUS JAMAL JONES,
13. ADAM MICHAEL SMITH,
14. NATHANIEL WELLS,
15. RASHEED CHAFA ECHOLS,
16. MARCUS JAMES HALL,
17. WAUNIKA LYNETTE WALKER,
    a/k/a "Granny,"
18. LARRY DOBBIE HOLLOWAY,

19. MICHAEL D. SAFFORD, a/k/a "Sweet,"
20. BRANDEN LEI BARNETT, a/k/a "H2O"
21. CARLOS DEMARK DENNIS,
22. ASA D. HARRIS,
23. BRADFORD STREET, and
24. JEROME RAY WILSON,
25. CARLISA AJA McNEAL

Defendants.

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, but within the past five years, and continuing until on or about June 6, 2018, in King, Snohomish, and Pierce Counties, within the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, LUIS PEREZ-CRUZ, DOMINQUE E. JIMERSON, DONNIE P. CHEATHAM, TIFFANY LATRICE YOUNGER, LAMONT JEFFREY REYNOLDS, MICHAEL LAVON DAVIS, NAKITA MARIE CANNADY, EDDRICK JEROME BAKER, ALONZO WILLIAMS BAGGETT, MARTIN JEFFREY BANKS, MARQUS JAMAL JONES, ADAM MICHAEL SMITH, NATHANIEL WELLS, RASHEED CHAFA ECHOLS, MARCUS JAMES HALL, WAUNIKA LYNETTE WALKER, LARRY DOBBIE HOLLOWAY, MICHAEL D. SAFFORD, BRANDEN LEI BARNETT, CARLOS DEMARK DENNIS, ASA D. HARRIS, BRADFORD STREET, JEROME RAY WILSON, CARLISA AJA McNEAL and others known and unknown, including conspirators charged in a separate superseding indictment returned on this same day under the caption United States v. Michael Scott Morgan Jr., et al., CR18-132, did knowingly and intentionally conspire to distribute substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including cocaine, heroin, methamphetamine, marijuana, and oxycodone, contrary to the provisions of Title 21, United States Code.

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 2

**Specific Quantity Allegations as to Cocaine**

With respect to Defendants CHARLES ROLAND CHEATHAM, LUIS PEREZ-CRUZ, TIFFANY LATRICE YOUNGER, LAMONT JEFFREY REYNOLDS, MICHAEL LAVON DAVIS, MARTIN JEFFREY BANKS, MARCUS JAMES HALL, LARRY DOBBIE HOLLOWAY, MICHAEL D. SAFFORD, and CARLOS DEMARK DENNIS, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved five kilograms or more of a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

**Specific Quantity Allegations as to Cocaine**

With respect to Defendants DOMINIQUE E. JIMERSON, EDDRICK JEROME BAKER, DONNIE P. CHEATHAM, ALONZO WILLIAMS BAGGETT, MARQUS JAMAL JONES, ADAM MICHAEL SMITH, BRANDEN LEI BARNETT, BRADFORD STREET, and JEROME RAY WILSON, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved five hundred grams or more of a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

**Specific Quantity Allegations as to Heroin**

With respect to Defendants CHARLES ROLAND CHEATHAM, MICHAEL LAVON DAVIS, NAKITA MARIE CANNADY, NATHANIEL WELLS, RASHEED CHAFA ECHOLS, MARCUS JAMES HALL, WAUNIKA LYNETTE WALKER and CARLISA AJA McNEAL, their conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A).

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Specific Quantity Allegations as to Methamphetamine**

With respect to Defendants CHARLES ROLAND CHEATHAM, MICHAEL LAVON DAVIS, and NAKITA MARIE CANNADY, their conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), and 846.

## COUNT 2

### (Possession of Cocaine with Intent to Distribute)

On or about November 4, 2017, in King County, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and DOMINQUE E. JIMERSON knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 3

### (Possession of Cocaine with Intent to Distribute)

On or about November 8, 2017, in King County, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, DONNIE P. CHEATHAM,  TIFFANY LATRICE YOUNGER, and LAMONT JEFFREY

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   REYNOLDS knowingly and intentionally possessed, and did aid and abet the possession

2   of, with intent to distribute, cocaine, a substance controlled under Title 21, United States

3   Code, Section 812.

4        The Grand Jury further alleges that this offense was committed during and in

5   furtherance of the conspiracy charged in Count 1, above.

6        All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

7   and Title 18, United States Code, Section 2.

8   ## COUNT 4

9   **(Possession of Cocaine and Heroin with Intent to Distribute)**

10       On or about November 9, 2017, in Pierce County, Washington, in the Western

11  District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, MICHAEL

12  LAVON DAVIS, NAKITA MARIE CANNADY, and others known and unknown,

13  knowingly and intentionally possessed, and did aid and abet the possession of, with intent

14  to distribute, cocaine and heroin, substances controlled under Title 21, United States

15  Code, Section 812.·

16       The Grand Jury further alleges that this offense involved five kilograms or more of

17  a mixture or substance containing a detectable amount of cocaine, and one kilogram or

18  more of a mixture or substance containing a detectable amount of heroin.

19       The Grand Jury further alleges that this offense was committed during and in

20  furtherance of the conspiracy charged in Count 1, above.

21       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)

22  and Title 18, United States Code, Section 2.

23  ## COUNT 5

24  **(Possession of Cocaine with Intent to Distribute)**

25       On or about November 11, 2017, in Burien, Washington, in the Western District

26  of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and EDDRICK

27  JEROME BAKER knowingly and intentionally possessed, and did aid and abet the

28

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 5

1 | possession of, with intent to distribute, cocaine, a substance controlled under Title 21,
2 | United States Code, Section 812.

3 |      The Grand Jury further alleges that this offense was committed during and in
4 | furtherance of the conspiracy charged in Count 1, above.

5 |      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
6 | and Title 18, United States Code, Section 2.

### COUNT 6

**(Possession of Cocaine with Intent to Distribute)**

On or about November 13, 2017, in King County, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and ALONZO WILLAMS BAGGETT knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved 500 grams or more of a mixture or substance containing cocaine.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

### COUNT 7

**(Possession of Cocaine with Intent to Distribute)**

On or about November 21, 2017, in King County, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and MARTIN JEFFREY BANKS knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved 500 grams or more of a mixture or substance containing cocaine.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Grand Jury further alleges that this offense was committed during and in
2   furtherance of the conspiracy charged in Count 1, above.

3   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)
4   and Title 18, United States Code, Section 2.

### COUNT 8

**(Possession of Cocaine with Intent to Distribute)**

7   On or about November 27, 2017, in King County, Washington, in the Western
8   District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, MARQUS
9   JAMAL JONES, and ADAM MICHAEL SMITH knowingly and intentionally possessed,
10  and did aid and abet the possession of, with intent to distribute, cocaine, a substance
11  controlled under Title 21, United States Code, Section 812.

12  The Grand Jury further alleges that this offense was committed during and in
13  furtherance of the conspiracy charged in Count 1, above.

14  All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
15  and Title 18, United States Code, Section 2.

### COUNT 9

**(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

18  On or about November 27, 2017, in King County, Washington, within the Western
19  District of Washington, ADAM MICHAEL SMITH, during and in relation to the drug
20  trafficking crimes of *Conspiracy to Distribute Controlled Substances* as charged in Count
21  1 and *Possession of Cocaine with Intent to Distribute* as charged in Count 8, above, did
22  knowingly and intentionally carry, and did aid and abet the carrying of, a firearm, to wit,
23  one Sig Sauer Model P232 .380 semiautomatic pistol, bearing serial number S244271.

24  All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT 10

**(Possession of Cocaine with Intent to Distribute)**

27  On or about November 30, 2017, in Tukwila, Washington, in the Western District
28  of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and EDDRICK

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  JEROME BAKER knowingly and intentionally possessed, and did aid and abet the

2  possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

3  United States Code, Section 812.

4        The Grand Jury further alleges that this offense was committed during and in

5  furtherance of the conspiracy charged in Count 1, above.

6        All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

7  and Title 18, United States Code, Section 2.

8  **COUNT 11**

9  **(Possession of Heroin with Intent to Distribute)**

10        On or about January 7, 2018, at Lewis County, Washington, within the Western

11  District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, MICHAEL

12  LAVON DAVIS, NAKITA MARIE CANNADY, and NATHANIEL WELLS

13  knowingly and intentionally possessed, and did aid and abet the possession of, with intent

14  to distribute, heroin, a substance controlled under Title 21, United States Code, Section

15  812.

16        The Grand Jury further alleges that this offense involved one (1) kilogram or more

17  of a mixture or substance containing heroin.

18        The Grand Jury further alleges that this offense was committed during and in

19  furtherance of the conspiracy charged in Count 1, above.

20        All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)

21  and Title 18, United States Code, Section 2.

22  **COUNT 12**

23  **(Possession of Cocaine with Intent to Distribute)**

24        On or about February 15, 2018, in King County, Washington, within the Western

25  District of Washington, and elsewhere, MICHAEL LAVON DAVIS and RASHEED

26  CHAFA ECHOLS knowingly and intentionally possessed, and did aid and abet the

27  possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

28  United States Code, Section 812.

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 8

1  The Grand Jury further alleges that this offense was committed during and in
2  furtherance of the conspiracy charged in Count 1, above.

3  All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
4  and Title 18, United States Code, Section 2.

5  **COUNT 13**

6  **(Possession of Heroin with Intent to Distribute)**

7  On or about February 16, 2018, in Tukwila, Washington, Washington, within the
8  Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM
9  and MARCUS JAMES HALL  knowingly and intentionally possessed, and did aid and
10 abet the possession of, with intent to distribute, heroin, a substance controlled under Title
11 21, United States Code, Section 812.

12 The Grand Jury further alleges that this offense was committed during and in
13 furtherance of the conspiracy charged in Count 1, above.

14 All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
15 and Title 18, United States Code, Section 2.

16 **COUNT 14**

17 **(Possession of Heroin with Intent to Distribute)**

18 On or about February 18, 2018, in Seattle, Washington, within the Western
19 District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and
20 MARCUS JAMES HALL  knowingly and intentionally possessed, and did aid and abet
21 the possession of, with intent to distribute, heroin, a substance controlled under Title 21,
22 United States Code, Section 812.

23 The Grand Jury further alleges that this offense was committed during and in
24 furtherance of the conspiracy charged in Count 1, above.

25 All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)
26 and Title 18, United States Code, Section 2.

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 15

### (Possession of Heroin with Intent to Distribute)

On or about February 19, 2018, in Pierce County, Washington, within the Western District of Washington, and elsewhere, MICHAEL LAVON DAVIS and WAUNIKA LYNETTE WALKER knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, heroin, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 16

### (Possession of Cocaine with Intent to Distribute)

On or about February 20, 2018, in Renton, Washington, within the Western District of Washington, and elsewhere, LARRY DOBBIE HOLLOWAY and others known and unknown, knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 17

### (Possession of Cocaine and Heroin with Intent to Distribute)

On or about February 20, 2018, in Pierce County, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  ALONZO WILLAMS BAGGETT knowingly and intentionally possessed, and did aid

2  and abet the possession of, with intent to distribute, cocaine and heroin, substances

3  controlled under Title 21, United States Code, Section 812.

4      The Grand Jury further alleges that this offense involved 100 grams or more of a

5  mixture or substance containing heroin.

6      The Grand Jury further alleges that this offense was committed during and in

7  furtherance of the conspiracy charged in Count 1, above.

8      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)

9  and Title 18, United States Code, Section 2.

10                          **COUNT 18**

11              **(Possession with Intent to Distribute Cocaine)**

12      On or about February 22, 2018, in Pierce County, Washington, within the Western

13  District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and

14  MARCUS JAMES HALL knowingly and intentionally possessed, and did aid and abet

15  the possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

16  United States Code, Section 812.

17      The Grand Jury further alleges that this offense was committed during and in

18  furtherance of the conspiracy charged in Count 1, above.

19      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

20  and Title 18, United States Code, Section 2.

21                          **COUNT 19**

22              **(Possession of Cocaine with Intent to Distribute)**

23      On or about February 22, 2018, in King County, Washington, in the Western

24  District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, TIFFANY

25  YOUNGER, and MICHAEL D. SAFFORD knowingly and intentionally possessed, and

26  did aid and abet the possession of, with intent to distribute, cocaine, a substance

27  controlled under Title 21, United States Code, Section 812.

28

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 11

1    The Grand Jury further alleges that this offense was committed during and in

2    furtherance of the conspiracy charged in Count 1, above.

3    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

4    and Title 18, United States Code, Section 2.

5    ## COUNT 20

6    **(Possession of Cocaine with Intent to Distribute)**

7    On or about February 23, 2018, in Tukwila, Washington, in the Western District

8    of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, BRANDEN LEI

9    BARNETT and LAMONT JEFFREY REYNOLDS knowingly and intentionally

10   possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a

11   substance controlled under Title 21, United States Code, Section 812.

12   The Grand Jury further alleges that this offense was committed during and in

13   furtherance of the conspiracy charged in Count 1, above.

14   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

15   and Title 18, United States Code, Section 2.

16   ## COUNT 21

17   **(Possession of Cocaine with Intent to Distribute)**

18   On or about February 26, 2018, in King County, Washington, within the Western

19   District of Washington, and elsewhere, MICHAEL LAVON DAVIS and RASHEED

20   CHAFA ECHOLS knowingly and intentionally possessed, and did aid and abet the

21   possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

22   United States Code, Section 812.

23   The Grand Jury further alleges that this offense was committed during and in

24   furtherance of the conspiracy charged in Count 1, above.

25   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

26   and Title 18, United States Code, Section 2.

27

28

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 22

### (Possession of Cocaine with Intent to Distribute)

On or about February 27, 2018, in Seattle, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and others known and unknown, knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 23

### (Possession of Cocaine with Intent to Distribute)

On or about February 28, 2018, in King County, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and CARLOS DEMARK DENNIS knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 24

### (Possession of Heroin with Intent to Distribute)

On or about February 28, 2018, in King County, Washington, within the Western District of Washington, and elsewhere, MICHAEL LAVON DAVIS and WAUNIKA LYNETTE WALKER knowingly and intentionally possessed, and did aid and abet the

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  possession of, with intent to distribute, heroin, a substance controlled under Title 21,

2  United States Code, Section 812.

3       The Grand Jury further alleges that this offense involved 100 grams or more of a

4  mixture or substance containing a detectable amount of heroin.

5       The Grand Jury further alleges that this offense was committed during and in

6  furtherance of the conspiracy charged in Count 1, above.

7       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)

8  and Title 18, United States Code, Section 2.

### COUNT 25

### (Possession of Cocaine with Intent to Distribute)

11       On or about March 2, 2018, in King County, Washington, in the Western District

12  of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and DOMINQUE E.

13  JIMERSON, knowingly and intentionally possessed, and did aid and abet the possession

14  of, with intent to distribute, cocaine, a substance controlled under Title 21, United States

15  Code, Section 812.

16       The Grand Jury further alleges that this offense involved 500 grams or more of a

17  mixture or substance containing cocaine.

18       The Grand Jury further alleges that this offense was committed during and in

19  furtherance of the conspiracy charged in Count 1, above.

20       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)

21  and Title 18, United States Code, Section 2.

### COUNT 26

### (Possession of Cocaine with Intent to Distribute)

24       On or about March 2, 2018, in Renton, Washington, within the Western District of

25  Washington, and elsewhere, CHARLES ROLAND CHEATHAM and LARRY DOBBIE

26  HOLLOWAY knowingly and intentionally possessed, and did aid and abet the

27  possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

28  United States Code, Section 812.

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 14

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Grand Jury further alleges that this offense was committed during and in

2   furtherance of the conspiracy charged in Count 1, above.

3   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

4   and Title 18, United States Code, Section 2.

5   ## COUNT 27

6   **(Possession of Heroin with Intent to Distribute)**

7   On or about March 3, 2018, in King County, Washington, within the Western

8   District of Washington, and elsewhere, MICHAEL LAVON DAVIS and ASA D.

9   HARRIS knowingly and intentionally possessed, and did aid and abet the possession of,

10  with intent to distribute, heroin, a substance controlled under Title 21, United States

11  Code, Section 812.

12  The Grand Jury further alleges that this offense was committed during and in

13  furtherance of the conspiracy charged in Count 1, above.

14  All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

15  and Title 18, United States Code, Section 2.

16  ## COUNT 28

17  **(Possession of Cocaine with Intent to Distribute)**

18  On or about March 4, 2018, in King County, Washington, in the Western District

19  of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and BRADFORD

20  STREET knowingly and intentionally possessed, and did aid and abet the possession of,

21  with intent to distribute, cocaine, a substance controlled under Title 21, United States

22  Code, Section 812.

23  The Grand Jury further alleges that this offense involved 500 grams or more of a

24  mixture or substance containing cocaine.

25  The Grand Jury further alleges that this offense was committed during and in

26  furtherance of the conspiracy charged in Count 1, above.

27  All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)

28  and Title 18, United States Code, Section 2.

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 15

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 29

### (Possession of Cocaine with Intent to Distribute)

On or about March 6, 2018, in Tukwila, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and MARTIN JEFFREY BANKS knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 30

### (Possession of Cocaine with Intent to Distribute)

On or about March 8, 2018, in King County, Washington, in the Western District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM, JEROME RAY WILSON, and MICHAEL D. SAFFORD knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 31

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about March 8, 2018, in King County, Washington, within the Western District of Washington, JEROME RAY WILSON, during and in relation to the drug trafficking crimes of *Conspiracy to Distribute Controlled Substances* as charged in Count 1 and *Possession of Cocaine with Intent to Distribute* as charged in Count 30 above, did

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 16

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 knowingly and intentionally carry, and did aid and abet the carrying of, a firearm, to wit,

2 two Ruger SR9C 9mm semiautomatic pistols, bearing serial numbers 366-67744 and

3 336-88308.

4      All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

5 ## COUNT 32

6 **(Possession of Cocaine with Intent to Distribute)**

7      On or about March 10, 2018, in King County, Washington, in the Western District

8 of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and others known

9 and unknown, knowingly and intentionally possessed, and did aid and abet the possession

10 of, with intent to distribute, cocaine, a substance controlled under Title 21, United States

11 Code, Section 812.

12      The Grand Jury further alleges that this offense was committed during and in

13 furtherance of the conspiracy charged in Count 1, above.

14      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

15 and Title 18, United States Code, Section 2.

16 ## COUNT 33

17 **(Possession of Cocaine with Intent to Distribute)**

18      On or about March 14, 2018, in King County, Washington, in the Western District

19 of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and CARLOS

20 DEMARK DENNIS knowingly and intentionally possessed, and did aid and abet the

21 possession of, with intent to distribute, cocaine, a substance controlled under Title 21,

22 United States Code, Section 812.

23      The Grand Jury further alleges that this offense was committed during and in

24 furtherance of the conspiracy charged in Count 1, above.

25      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

26 and Title 18, United States Code, Section 2.

27 / / /

28 / / /

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 17

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 34

### (Possession of Controlled Substances with Intent to Distribute)

On or about June 6, 2018, at Fife, Washington, within the Western District of Washington, CHARLES ROLAND CHEATHAM and LAMONT JEFFREY REYNOLDS knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine base in the form of crack cocaine, cocaine, heroin, and marijuana, all substances controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

The Grand Jury further alleges that this offense involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine.

The Grand Jury further alleges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), (C), and (D), and Title 18, United States Code, Section 2.

## COUNT 35

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about June 6, 2018, in Fife, Washington, within the Western District of Washington, CHARLES ROLAND CHEATHAM, during and in relation to the drug trafficking crimes of *Conspiracy to Distribute Controlled Substances* as charged in Count 1 and *Possession of Controlled Substances with Intent to Distribute* as charged in Count 34 above, did knowingly and intentionally carry, and did aid and abet the carrying of, a firearm, to wit: one Springfield XD 9mm semiautomatic pistol bearing serial number XD283880.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

/ / /

/ / /

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 18

## COUNT 36
### (Possession of Methamphetamine with Intent to Distribute)

On or about June 6, 2018, in Mt. Vernon, Washington, within the Western District of Washington, LUIS PEREZ-CRUZ, a/k/a "Vicente Martinez-Cruz," knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, methamphetamine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

The Grand Jury further alleges that this offense involved five grams or more of actual methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 37
### (Felon in Possession of a Firearm)

On or about June 6, 2018, in Seattle, Washington, within the Western District of Washington, DOMINQUE E. JIMERSON, having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit:

a.   *Misrepresenting a Social Security Number*, on or about September 28, 2004, in the United States District Court for the Western District of Washington, case number CR03-534MJP;

b.   *Felon in Possession of a Firearm*, on or about September 28, 2004, in the United States District Court for the Western District of Washington, case number CR03-534MJP;

c.   *Theft in the First Degree*, on or about March 22, 2002, in the King County Superior Court, case number 01-1-06239-1;

d.   *Attempting to Elude a Pursuing Police Vehicle*, on or about March 22, 2002, in the King County Superior Court, case number 01-1-06362-2;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    e.    *Identity Theft*, on or about May 9, 2002, in the Snohomish County Superior

2    Court, case number 01-1-00526-4;

3    f.    *Forgery* (two counts), on or about May 9, 2002, in the Snohomish County

4    Superior Court, case number 01-1-00526-4;

5    g.    *Violation of the Uniform Controlled Substances Act*, on or about December

6    17, 1999, in the King County Superior Court, case number 99-1-04651-6;

7    h.    *Conspiracy to Commit Violation of the Uniform Controlled Substances Act*,

8    on or about October 18, 1996, in the King County Superior Court, case number

9    96-1-06394-7; and

10    i.    *Assault in the Third Degree*, on or about December 15, 1995, in the King

11    County Superior Court, case number 95-1-06094-0;

12    did knowingly possess, and did aid and abet the possession of, in and affecting interstate

13    and foreign commerce, firearms, to wit: one Sportster semiautomatic, caliber 7.62,

14    bearing serial number S029554; one Zastava Serbia PAP-MA5NP semiautomatic, caliber

15    5.56, bearing serial number M85-NP008263; and one Ruger SE 9mm semiautomatic

16    pistol bearing serial number 335-53494, each of which had been shipped or transported in

17    interstate or foreign commerce.

18    The Grand Jury further alleges that this offense was committed during and in

19    furtherance of the conspiracy charged in Count 1, above.

20    All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

21    **<u>COUNT 38</u>**

22    **(Possession of Controlled Substances with Intent to Distribute)**

23    On or about June 6, 2018, at Kent, Washington, within the Western District of

24    Washington, CHARLES ROLAND CHEATHAM and TIFFANY YOUNGER

25    knowingly and intentionally possessed, and did aid and abet the possession of, with intent

26    to distribute, cocaine and heroin, substances controlled under Title 21, United States

27    Code, Section 812.

28

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 20

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Grand Jury further alleges that this offense was committed during and in
2   furtherance of the conspiracy charged in Count 1, above.

3   The Grand Jury further alleges that this offense involved 500 grams or more of a
4   mixture or substance containing a detectable amount of cocaine.

5   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)
6   and (C), and Title 18, United States Code, Section 2.

## COUNT 39

### (Possession of Controlled Substances with Intent to Distribute)

9   On or about June 6, 2018, at Seattle, Washington, within the Western District of
10   Washington, MICHAEL LAVON DAVIS knowingly and intentionally possessed, and
11   did aid and abet the possession of, with intent to distribute, methamphetamine and heroin,
12   substances controlled under Title 21, United States Code, Section 812.

13   The Grand Jury further alleges that this offense was committed during and in
14   furtherance of the conspiracy charged in Count 1, above.

15   The Grand Jury further alleges that this offense involved five grams or more of
16   actual methamphetamine.

17   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)
18   and (C), and Title 18, United States Code, Section 2.

## COUNT 40

### (Felon in Possession of a Firearm)

21   On or about June 6, 2018, in Des Moines, Washington, within the Western District
22   of Washington, MICHAEL LAVON DAVIS, having previously been convicted of crimes
23   punishable by imprisonment for a term exceeding one year, to wit:

24   a.   *Possession of a Controlled Substance*, on or about July 29, 2011, in the
25   King County Superior Court, case number 10-C-09326-1;

26   b.   *Possession of a Controlled Substance*, on or about July 29, 2011, in the
27   King County Superior Court, case number 09-1-06133-1;

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 21

1      c.    *Violation of the Uniform Controlled Substances Act*, on or about November

2 9, 2007, in the King County Superior Court, case number 06-1-10362-5;

3      d.    *Violation of the Uniform Controlled Substances Act*, on or about December

4 9, 2005, in the King County Superior Court, case number 05-C-04414-1;

5      e.    *Unlawful Possession of a Firearm in the Second Degree*, on or about June

6 5, 1998, in the King County Superior Court, case number 97-1-09650-9; and

7      f.    *Assault in the Third Degree*, on or about November 26, 1997, in the King

8 County Superior Court, case number 97-8-06111-5;

9 did knowingly possess, and did aid and abet the possession of, in and affecting interstate

10 and foreign commerce, a firearm, to wit: one Desert Eagle .357 magnum semiautomatic

11 pistol bearing serial number 7421, which had been shipped or transported in interstate or

12 foreign commerce.

13 The Grand Jury further alleges that this offense was committed during and in

14 furtherance of the conspiracy charged in Count 1, above.

15 All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT 41

**(Possession of Controlled Substances with Intent to Distribute)**

18 On or about June 6, 2018, at Bellevue, Washington, within the Western District of

19 Washington, MICHAEL LAVON DAVIS and CARLISA AJA McNEAL knowingly and

20 intentionally possessed, and did aid and abet the possession of, with intent to distribute,

21 heroin, methamphetamine, and marijuana, all substances controlled under Title 21,

22 United States Code, Section 812.

23 The Grand Jury further alleges that this offense involved one kilogram or more of

24 a mixture or substance containing heroin.

25 The Grand Jury further alleges that this offense involved fifty grams or more of

26 actual methamphetamine.

27 The Grand Jury further alleges that this offense was committed during and in

28 furtherance of the conspiracy charged in Count 1, above.

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 22

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  All in violation of Title 21, United States Code, Sections 841(a)(1) and

2  841(b)(1)(A) and (D), and Title 18, United States Code, Section 2.

### COUNT 42

**(Possession of Cocaine with Intent to Distribute)**

5  On or about June 6, 2018, in Seattle, Washington, within the Western District of

6  Washington, EDDRICK JEROME BAKER, knowingly and intentionally possessed with

7  intent to distribute cocaine, a substance controlled under Title 21, United States Code,

8  Section 812.

9  The Grand Jury further alleges that this offense was committed during and in

10  furtherance of the conspiracy charged in Count 1, above.

11  All in violation of Title 21, United States Code, Sections 841(a)(1) and

12  841(b)(1)(C).

### COUNT 43

**(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

15  On or about June 6, 2018, in Seattle, Washington, within the Western District of

16  Washington, EDDRICK JEROME BAKER, during and in relation to the drug trafficking

17  crimes of *Conspiracy to Distribute Controlled Substances* as charged in Count 1 and

18  *Possession of Cocaine with Intent to Distribute* as charged in Count 42, above, did

19  knowingly and intentionally carry a firearm, to wit: one Rossi .357 magnum revolver

20  bearing serial number XH206121.

21  All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT 44

**(Felon in Possession of a Firearm)**

24  On or about June 6, 2018, in Seattle, Washington, within the Western District of

25  Washington, EDDRICK JEROME BAKER, having previously been convicted of a crime

26  punishable by imprisonment for a term exceeding one year, to wit: *Violation of the*

27  *Uniform Controlled Substances Act*, on or about May 9, 1997, in the King County

28  Superior Court, case number 96-1-07284-9, did knowingly possess, in and affecting

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 23

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

interstate and foreign commerce a firearm, to wit: one Rossi .357 magnum revolver

bearing serial number XH206121, which had been shipped or transported in interstate or

foreign commerce.

The Grand Jury further alleges that this offense was committed during and in

furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 45

### (Possession of Controlled Substances with Intent to Distribute)

On or about June 6, 2018, in Tumwater, Washington, within the Western District

of Washington, ALONZO WILLIAMS BAGGETT, knowingly and intentionally

possessed, and did aid and abet the possession of, with intent to distribute, cocaine and

heroin, substances controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in

furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT 46

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about June 6, 2018, in Tumwater, Washington, within the Western District

of Washington, ALONZO WILLIAMS BAGGETT, during and in relation to the drug

trafficking crimes of *Conspiracy to Distribute Controlled Substances* as charged in Count

1 and *Possession of Controlled Substances with Intent to Distribute* as charged in Count

45, above, did knowingly and intentionally carry, and did aid and abet the carrying of, a

firearm, to wit, one Sig Sauer model P220 .45 caliber semiautomatic pistol bearing serial

number G232888.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

///

///

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 24

**COUNT 47**

**(Felon in Possession of a Firearm)**

On or about June 6, 2018, in Tumwater, Washington, within the Western District of Washington, ALONZO WILLIAMS BAGGETT, having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit:

a.    *Attempting to Elude a Pursuing Police Vehicle*, on or about March 2, 2007, in the Thurston County Superior Court, case number 06-1-00881-6;

b.    *Unlawful Possession of a Firearm in the First Degree*, on or about March 2, 2007, in the Thurston County Superior Court, case number 06-1-00881-6;

c.    *Unlawful Possession of a Controlled Substance with Intent to Deliver*, on or about March 2, 2007, in the Thurston County Superior Court, case number 06-1-00881-6;

d.    *Violation of the Uniform Controlled Substances Act*, on or about June 17, 2003, in the King County Superior Court, case number 03-8-01030-0;

e.    *Violation of the Uniform Controlled Substances Act*, on or about December 18, 2002, in the King County Superior Court, case number 02-8-03896-6; and

f.    *Violation of the Uniform Controlled Substances Act*, on or about December 18, 2002, in the King County Superior Court, case number 02-8-00903-6,

did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce a firearm, to wit: one Sig Sauer model P220 .45 caliber semiautomatic pistol bearing serial number G232888, which had been shipped or transported in interstate or foreign commerce.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

/ / /

/ / /

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## COUNT 48

2

**(Possession of Cocaine with Intent to Distribute)**

3      On or about June 6, 2018, in Seattle, Washington, within the Western District of

4  Washington, ADAM MICHAEL SMITH knowingly and intentionally possessed, and did

5  aid and abet the possession of, with intent to distribute, cocaine, a substance controlled

6  under Title 21, United States Code, Section 812.

7      The Grand Jury further alleges that this offense was committed during and in

8  furtherance of the conspiracy charged in Count 1, above.

9      All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C),

10  and Title 18, United States Code, Section 2.

11

## COUNT 49

12

**(Possession of Controlled Substances with Intent to Distribute)**

13      On or about June 6, 2018, in Tacoma, Washington, within the Western District of

14  Washington, MARCUS JAMES HALL knowingly and intentionally possessed, and did

15  aid and abet the possession of, with intent to distribute, cocaine base in the form of crack

16  cocaine and heroin, substances controlled under Title 21, United States Code, Section

17  812.

18      The Grand Jury further alleges that this offense was committed during and in

19  furtherance of the conspiracy charged in Count 1, above.

20      All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C),

21  and Title 18, United States Code, Section 2.

22

## COUNT 50

23

**(Possession of Controlled Substances with Intent to Distribute)**

24      On or about June 6, 2018, in Renton, Washington, within the Western District of

25  Washington, LARRY DOBBIE HOLLOWAY knowingly and intentionally possessed,

26  and did aid and abet the possession of, with intent to distribute, marijuana, a substance

27  controlled under Title 21, United States Code, Section 812.

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Grand Jury further alleges that this offense was committed during and in

2  furtherance of the conspiracy charged in Count 1, above.

3  All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D),

4  and Title 18, United States Code, Section 2.

5  ## COUNT 51

6  **(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

7  On or about June 6, 2018, in Renton, Washington, within the Western District of

8  Washington, LARRY DOBBIE HOLLOWAY did knowingly possess, and did aid and

9  abet the possession of, firearms, to wit: one Glock Model 26 bearing serial number

10  BELG583; one Smith & Wesson Governor .45 caliber revolver bearing serial number

11  CSU6119; and one Taurus .38 caliber revolver bearing serial number KF34302 all in

12  furtherance of a drug trafficking crime, to wit: *Conspiracy to Distribute Controlled*

13  *Substances* as charged in Count 1 and *Possession of Marijuana with Intent to Distribute*

14  as charged in Count 50, above.

15  All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

16  ## COUNT 52

17  **(Felon in Possession of a Firearm)**

18  On or about June 6, 2018, in Renton, Washington, within the Western District of

19  Washington, LARRY DOBBIE HOLLOWAY, having previously been convicted of

20  crimes punishable by imprisonment for a term exceeding one year, to wit:

21  a.    *Attempting to Elude a Pursuing Police Vehicle*, on or about October 13,

22  2006, in the King County Superior Court, case number 06-1-04363-1;

23  b.    *Unlawful Possession of a Firearm in the Second Degree*, on or about June

24  4, 2004, in the King County Superior Court, case number 01-1-09494-3;

25  c.    *Possession of a Controlled Substance*, on or about June 4, 2004, in the King

26  County Superior Court, case number 01-1-09494-3;

27  d.    *Attempting to Elude a Pursuing Police Vehicle*, or about August 25, 2000,

28  in the King County Superior Court, case number 99-1-07618-1;

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    e.    *Violation of the Uniform Controlled Substances Act*, or about October 24,

2    1997, in the King County Superior Court, case number 97-1-05983-2; and

3    f.    *Violation of the Uniform Controlled Substances Act*, or about November

4    16, 1994, in the King County Superior Court, case number 94-8-05064-0,

5    did knowingly possess, and did aid and abet the possession of, in and affecting interstate

6    and foreign commerce, firearms, to wit: one Glock Model 26 bearing serial number

7    BELG583; one Smith & Wesson Governor .45 caliber revolver bearing serial CSU6119;

8    and one Taurus .38 caliber revolver bearing serial number KF34302, each of which had

9    been shipped or transported in interstate or foreign commerce.

10    The Grand Jury further alleges that this offense was committed during and in

11    furtherance of the conspiracy charged in Count 1, above.

12    All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

13    **<u>COUNT 53</u>**

14    **(Possession of Methamphetamine with Intent to Distribute)**

15    On or about June 6, 2018, in Renton, Washington, within the Western District of

16    Washington, BRANDON LEI BARNETT knowingly and intentionally possessed, and

17    did aid and abet the possession of, with intent to distribute, methamphetamine, a

18    substance controlled under Title 21, United States Code, Section 812.

19    The Grand Jury further alleges that this offense involved five grams or more of

20    actual methamphetamine.

21    The Grand Jury further alleges that this offense was committed during and in

22    furtherance of the conspiracy charged in Count 1, above.

23    All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B),

24    and Title 18, United States Code, Section 2.

25    / / /

26    / / /

27

28

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 28

## COUNT 54

### (Felon in Possession of Ammunition)

On or about June 6, 2018, in Renton, Washington, within the Western District of Washington, BRANDON LEI BARNETT, having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit:

      a.    *Distribution of Crack Cocaine*, on or about May 9, 2008, in the United States District Court for the Western District of Washington, case number CR07-234RSL;

      b.    *Escape*, on or about July 20, 2012, in the United States District Court for the Western District of Washington, case number CR12-072RSL;

did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce, ammunition, to wit: approximately thirteen rounds of "Federal" .40 caliber ammunition, which had been shipped or transported in interstate or foreign commerce.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT 55

### (Possession of Cocaine with Intent to Distribute)

On or about June 6, 2018, in Everett, Washington, within the Western District of Washington, CARLOS DEMARK DENNIS, knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, a substance controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that his offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 29

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B),

2  and Title 18, United States Code, Section 2.

## COUNT 56

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about June 6, 2018, in Everett, Washington, within the Western District of Washington, CARLOS DEMARK DENNIS did knowingly possess, and did aid and abet the possession of, a firearm, to wit: one Ruger model LC9 9mm semiautomatic pistol bearing serial number 324-49436, in furtherance of a drug trafficking crime, to wit: *Conspiracy to Distribute Controlled Substances* as charged in Count 1 and *Possession of Cocaine with Intent to Distribute* as charged in Count 55, above.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 57

### (Felon in Possession of a Firearm)

On or about June 6, 2018, in Everett, Washington, within the Western District of Washington, CARLOS DEMARK DENNIS, having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit:

a.   *Possession of a Controlled Substance*, on or about January 8, 2016, in the King County Superior Court, case number 15-1-06809-8; and

b.   *Distribution of Cocaine Base*, on or about February 1, 1998, in the United States District Court for the Western District of Louisiana, case number CR96-20058;

did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce a firearm, to wit: one Ruger model LC9 9mm semiautomatic pistol bearing serial number 324-49436, which had been shipped or transported in interstate or foreign commerce.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 30

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 58

### (Possession of Controlled Substances with Intent to Distribute)

On or about June 6, 2018, in Seattle, Washington, within the Western District of Washington, BRADFORD STREET, knowingly and intentionally possessed, and did aid and abet the possession of, with intent to distribute, cocaine, marijuana, and oxycodone, all substances controlled under Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and (D), and Title 18, United States Code, Section 2.

## COUNT 59

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about June 6, 2018, in Seattle, Washington, within the Western District of Washington, BRADFORD STREET did knowingly possess, and did aid and abet the possession of, a firearm, to wit: one Smith and Wesson model SD9 VE 9mm semiautomatic pistol bearing serial number FXK8245, in furtherance of a drug trafficking crime, to wit: *Conspiracy to Distribute Controlled Substances* as charged in Count 1 and *Possession of Controlled Substances with Intent to Distribute* as charged in Count 58, above.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 60

### (Felon in Possession of a Firearm)

On or about June 6, 2018, in Seattle, Washington, within the Western District of Washington, BRADFORD STREET, having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit:

a.      *Possession of a Controlled Substance*, on or about November 14, 2012, in the King County Superior Court, case number 12-1-01342-6;

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 31

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    b.    *Conspiracy to Commit a Violation of the Uniform Controlled Substances*

2    *Act*, on or about April 11, 2008, in the King County Superior Court, case number

3    08-1-00850-5;

4    c.    *Conspiracy to Commit a Violation of the Uniform Controlled Substances*

5    *Act*, on or about April 4, 1997, in the King County Superior Court, case number

6    97-1-00069-2;

7    d.    *Violation of the Uniform Controlled Substance Act*, on or about February

8    12, 1993, in the King County Superior Court, case number 92-1-07619-1;

9    e.    *Possession of a Controlled Substance*, on or about January 18, 1991, in the

10   King County Superior Court, case number 90-1-06579-7; and

11   f.    *Theft in the Second Degree*, on or about August 24, 1988, in the King

12   County Superior Court, case number 88-1-02533-5,

13   did knowingly possess, and did aid and abet the possession of, in and affecting interstate

14   and foreign commerce a firearm, to wit: one Smith and Wesson model SD9 VE 9mm

15   semiautomatic pistol bearing serial number FXK8245, which had been shipped or

16   transported in interstate or foreign commerce.

17       The Grand Jury further alleges that this offense was committed during and in

18   furtherance of the conspiracy charged in Count 1, above.

19       All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

20                              **<u>COUNT 61</u>**

21             **(Possession of Crack Cocaine with Intent to Distribute)**

22       On or about June 6, 2018, in Seattle, Washington, within the Western District of

23   Washington, JEROME RAY WILSON, knowingly and intentionally possessed, and did

24   aid and abet the possession of, with intent to distribute, cocaine base in the form of crack

25   cocaine, a substance controlled under Title 21, United States Code, Section 812.

26       The Grand Jury further alleges that this offense involved 28 grams or more of a

27   mixture or substance containing cocaine base in the form of crack cocaine.

28

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 32

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       The Grand Jury further alleges that this offense was committed during and in

2 furtherance of the conspiracy charged in Count 1, above.

3       All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B),

4 and Title 18, United States Code, Section 2.

5 **COUNT 62**

6 **(Conspiracy to Commit Money Laundering)**

7       Beginning at a date unknown, but within the last five years, and continuing until

8 on or about June 6, 2018, in the Western District of Washington, and elsewhere,

9 CHARLES ROLAND CHEATHAM, MICHAEL LAVON DAVIS, and others known

10 and unknown, unlawfully and knowingly combined, conspired, confederated and agreed

11 together and with each other to commit certain money laundering offenses under Title 18,

12 United States Code, Section 1956 as follows:

13 **(1956(a)(1))**

14     (1)     Did conduct and attempt to conduct financial transactions, that is:

15 transactions involving the movement of funds in interstate commerce, which in fact

16 involved the proceeds of specified unlawful activity, that is, conspiracy to distribute

17 controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1),

18 and 846, knowing that the property involved in the financial transactions represents the

19 proceeds of some form of unlawful activity:

20         (A)     with the intent to promote the carrying on of the specified unlawful

21 activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

22         (B)     knowing that the transactions are designed in whole or in part –

23             (i)     to conceal and disguise the nature, the location, the source,

24 the ownership, and the control of the proceeds of the specified unlawful

25 activity, in violation of Title 18, United States Code, Section

26 1956(a)(1)(B)(i); and

27

28

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 33

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1            (ii)    to avoid a transaction reporting requirement under State and

2    Federal law, in violation of Title 18, United States Code, Section

3    1956(a)(1)(B)(ii); and

4        The Grand Jury further alleges that offense was committed during and in

5    furtherance of the conspiracy charged in Count 1, above.

6        All in violation of Title 18, United States Code, Section 1956(h).

7    **COUNT 63**

8    **(Money Laundering)**

9        On or about January 7, 2018, at Lewis County, Washington, within the Western

10   District of Washington, and elsewhere, CHARLES ROLAND CHEATHAM and

11   MICHAEL LAVON DAVIS did knowingly conduct and attempt to conduct a financial

12   transaction, and did aid and abet others in conducting and attempting to conduct a

13   financial transaction, affecting interstate and foreign commerce, to wit the transportation

14   of United States Currency, from the State of Washington to the State of California, which

15   involved the proceeds of a specified unlawful activity, that is Conspiracy to Distribute

16   Controlled Substances as Charged in Count 1, knowing that the transaction was designed

17   in whole or in part to conceal and disguise the nature, source, ownership and control of

18   the proceeds of said specified unlawful activity, and with the intent to promote the

19   carrying on of specified unlawful activity, to wit: Possession of Controlled Substances as

20   Charged in Count 11, and that while conducting and attempting to conduct such financial

21   transaction knew that the property involved in the financial transaction represented the

22   proceeds of some form of unlawful activity.

23       The Grand Jury further alleges that offense was committed during and in

24   furtherance of the conspiracies charged in Counts 1 and 63, above.

25       All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i),

26   1956(a)(1)(B)(i) and 2.

27   / / /

28   / / /

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 34

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATION

### *Counts 1-8, 10-30, 32-34, 36, 38-39, 41-42, 45, 48-50, 53, 55, 58, and 61*

The allegations contained in Counts 1-8, 10-30, 32-34, 36, 38-39, 41-42, 45, 48-50, 53, 55, 58, and 61 of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Pursuant to Title 21, United States Code, Section 853(a), upon conviction of any of the offenses alleged in Counts 1-8, 10-30, 32-34, 36, 38-39, 41-42, 45, 48-50, 53, 55, 58, and 61 of this Superseding Indictment, the defendants, CHARLES ROLAND CHEATHAM, LUIS PEREZ-CRUZ, DOMINQUE E. JIMERSON, DONNIE P. CHEATHAM, TIFFANY LATRICE YOUNGER, LAMONT JEFFREY REYNOLDS, MICHAEL LAVON DAVIS, NAKITA MARIE CANNADY, EDDRICK JEROME BAKER, ALONZO WILLIAMS BAGGETT, MARTIN JEFFREY BANKS, MARQUS JAMAL JONES, ADAM MICHAEL SMITH, NATHANIEL WELLS, RASHEED CHAFA ECHOLS, MARCUS JAMES HALL, WAUNIKA LYNETTE WALKER, LARRY DOBBIE HOLLOWAY, MICHAEL D. SAFFORD, BRANDEN LEI BARNETT, CARLOS DEMARK DENNIS, ASA D. HARRIS, BRADFORD STREET, JEROME RAY WILSON and CARLISA AJA McNEAL, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of that offense, and also shall forfeit any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, that offense, including but not limited to the following:

a.    Approximately $305,335 in U.S. currency, seized from Charles Roland Cheatham on or about June 6, 2018, in Seattle, Washington;

b.    Approximately six pieces of assorted jewelry, seized from Charles Roland Cheatham on or about June 6, 2018, in Seattle, Washington;

c.    Approximately $5,315 in U.S. currency, seized from Dominque E. Jimerson on or about June 6, 2018, in Seattle, Washington;

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 35

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    d.    Approximately $8,162 U.S. currency, seized from Larry Dobbie Holloway

2    on or about June 6, 2018, in Renton, Washington;

3    e.    Approximately $3,600 in U.S. currency, seized from Carlos Demark

4    Dennis, on or about June 6, 2018, in Everett, Washington;

5    f.    Approximately $3,623 in U.S. currency, seized from Donnie P. Cheatham

6    on or about June 6, 2018, in Seattle, Washington;

7    g.    Approximately $2,575 in U.S. currency, seized from Eddrick Jerome Baker

8    on or about June 6, 2018, in Seattle, Washington;

9    h.    Approximately $30,300 in U.S. currency, seized on or about June 6, 2018,

10   from Carlisa Aja McNeal residence in Bellevue, Washington;

11   i.    Approximately $8,928 in U.S. currency, seized from Luis Perez-Cruz on or

12   about June 6, 2018, in Mount Vernon, Washington;

13   j.    Approximately $28,534 in U.S. currency, seized from Luis Perez-Cruz on

14   or about June 6, 2018, in Mount Vernon, Washington; and

15   k.    A judgment for a sum of money representing any property constituting, or

16   derived from, any proceeds the defendant obtained, directly or indirectly, as the

17   result of that offense, and any of the defendant's property used, or intended to be

18   used, in any manner or part, to commit, or to facilitate the commission of, that

19   offense.

20   ### _Counts 9, 31, 35, 37, 40, 43-44, 46-47, 51-52, 54, 56-57, and 59-60_

21   The allegations contained in Counts 9, 31, 35, 37, 40, 43-44, 46-47, 51-52, 54, 56-

22   57, and 59-60 of this Superseding Indictment are hereby realleged and incorporated by

23   reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code,

24   Section 924(d) and Title 28, United States Code, Section 2461(c).

25   Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United

26   States Code, Section 2461(c), upon conviction of any of the offenses charged in Counts

27   9, 31, 35, 37, 40, 43-44, 46-47, 51-52, 54, 56-57, and 59-60 of this Superseding

28   Indictment, the defendants, CHARLES ROLAND CHEATHAM, DOMINQUE E.

Superseding Indictment
_United States v. Cheatham et al._ / CR18-131 RAJ - 36

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 JIMERSON, MICHAEL LA VON DAVIS, EDDRICK JEROME BAKER, ALONZO

2 WILLIAMS BAGGETT, ADAM MICHAEL SMITH, LARRY DOBBIE HOLLOWAY,

3 BRANDEN LEI BARNETT, CARLOS DEMARK DENNIS, BRADFORD STREET,

4 and JEROME RAY WILSON, shall forfeit to the United States any firearms or

5 ammunition involved or used in any knowing violation of Title 18, United States Code,

6 Sections 922(g) or 924, including but not limited to the following:

7     a.     One Springfield XD 9mm semiautomatic pistol bearing serial number

8     XD283880, seized on or about June 6, 2018, and any associated ammunition;

9     b.     One Rossi .357 magnum revolver, bearing serial number XH208121, seized

10    on or about June 6, 2018, and any associated ammunition;

11    c.     One Glock GMBH 27, .40 caliber pistol, bearing serial number BCEM841,

12    seized on or about June 6, 2018, and any associated ammunition;

13    d.     One Glock GMBH 43, 9mm pistol, bearing serial number ACGV297,

14    seized on or about June 6, 2018, and any associated ammunition;

15    e.     One Jennings J22, .22 caliber pistol, bearing serial number 229250, seized

16    on or about June 6, 2018, and any associated ammunition; and

17    f.     One Remington Arms Company, Inc. 870, 12-gauage shotgun, bearing

18    serial number T255876V, seized on or about June 6, 2018, and any associated

19    ammunition.

20                                     ***Counts 62-63***

21         The allegations contained in Counts 62-63 of this Superseding Indictment are

22 hereby realleged and incorporated by reference for the purpose of alleging forfeiture

23 pursuant to Title 18, United States Code, Section 982(a)(1).

24         Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of

25 any of the offenses charged in Counts 62-63 of this Superseding Indictment, the

26 defendants, CHARLES ROLAND CHEATHAM and MICHAEL LAVON DAVIS, shall

27 forfeit to the United States any and all property, real or personal, involved in the offense,

28 or any property traceable to such property, including but not limited to a judgment for a

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 37

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    sum of money representing any property, real or personal, involved in the offense or any

2    property traceable to such property.

3    ### *Substitute Assets*

4         If any of the above-described forfeitable property, as a result of any act or

5    omission of the defendants,

6        a.    cannot be located upon the exercise of due diligence;

7        b.    has been transferred or sold to, or deposited with, a third party;

8        c.    has been placed beyond the jurisdiction of the Court;

9        d.    has been substantially diminished in value; or

10       e.    has been commingled with other property which cannot be divided without

11           difficulty;

12   / / /

13   / / /

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 38

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   it is the intent of the United States, pursuant to Title 18, United States Code, Section

2   982(b), Title 21, United States Code, Section 853(p), and Title 28, United States Code,

3   Section 2461(c), to seek the forfeiture of any other property of the defendants, up to the

4   value of the above-described forfeitable property.

5

6                                    A TRUE BILL:

7                                    DATED: 11-28-2018

8                                    *Signature of the Foreperson redacted*

9                                    *pursuant to the policy of the Judicial*

                                     *Conference of the United States*

10

11                                   _____

                                     FOREPERSON

12

13

14   _____
     ANNETTE L. HAYES
15   United States Attorney

16   _____

17   SARAH Y. VOGEL

18   Assistant United States Attorney

19   _____

20   ERIN H. BECKER

21   Assistant United States Attorney

22   _____

23

24   NICHOLAS MANHEIM

     Assistant United States Attorney

25

26   _____

27   VINCENT T. LOMBARDI

     Assistant United States Attorney

28

Superseding Indictment
*United States v. Cheatham et al.* / CR18-131 RAJ - 39