```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         NOV 28 2018

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>24. JEROME RAY WILSON,<br><br>Defendant. | NO. CR18-131RAJ<br><br>ORDER ISSUING BENCH WARRANT<br>SUPERSEDING INDICTMENT |
|---|---|

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 28th day of <u>November</u>, 2018.

*[signature]*

UNITED STATES MAGISTRATE JUDGE

**SECRET:** YES _____ NO __XX__

ORDER ISSUING BENCH WARRANT – 1
SUPERSEDING INDICTMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970