The Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM, *et al.*,<br><br>Defendants. | NO. CR18-131-RAJ<br><br>**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Neal B. Christiansen hereby appears on behalf of the United States, for the purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Christiansen at:

> NEAL B. CHRISTIANSEN
> Assistant United States Attorney
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> (206) 553-4169
> Neal.Christiansen2@usdoj.gov

United States' Notice of Appearance of Additional Counsel - 1
*United States v. Cheatham, et al.*, CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 29TH day of November, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Neal B. Christiansen

NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-4169
Neal.Christiansen2@usdoj.gov

United States' Notice of Appearance of Additional Counsel - 2
*United States v. Cheatham, et al.,* CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

*[signature]*

CHANTELLE J. SMITH
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-2473
Chantelle.Smith2@usdoj.gov

United States' Notice of Appearance of Additional Counsel - 3
*United States v. Cheatham, et al.,* CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970