The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131-RAJ |
|---|---|
| Plaintiff, | **FORFEITURE BILL OF PARTICULARS** |
| v. | |
| CHARLES ROLAND CHEATHAM, *et al.*, | |
| Defendants. | |

The United States, by and through its undersigned counsel, submits this Forfeiture Bill of Particulars pursuant to Federal Rule of Criminal Procedure 32.2(a).

1. As alleged in the Superseding Indictment, the United States is seeking the forfeiture of property pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1). Dkt. No. 414, at 35–38. The Superseding Indictment further identified various firearms and ammunition (among other assets) as subject to forfeiture. *Id.*

2. The United States hereby gives notice that, in addition to all forfeiture allegations contained in the Superseding Indictment, the United States further alleges that, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of any of the offenses charged in Counts 46 and 47 of the Superseding Indictment, the defendant,

Forfeiture Bill of Particulars - 1
*United States v. Cheatham, et al.*, CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ALONZO WILLIAMS BAGGETT, shall forfeit to the United States any firearms or ammunition involved or used in any knowing violation of 18 U.S.C. §§ 922(g) or 924, including but not limited to the following property:

    a. One Sig Sauer P220, .45 caliber pistol, bearing Serial No. G232888, and any associated ammunition, seized on or about June 6, 2018, in Tumwater, Washington.

DATED this 20th day of December, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Neal B. Christiansen

NEAL B. CHRISTIANSEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4169
Neal.Christiansen2@usdoj.gov

Forfeiture Bill of Particulars - 2
*United States v. Cheatham, et al.,* CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

*[signature]*

CHANTELLE J. SMITH
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-2473
Chantelle.Smith2@usdoj.gov

Forfeiture Bill of Particulars - 3
*United States v. Cheatham, et al.,* CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970