Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JEROME RAY WILSON,<br><br>               Defendant. | No. CR18-131RAJ<br><br>ORDER ON MOTION TO<br>WITHDRAW AND FOR<br>SUBSTITUTION OF COUNSEL |

THIS MATTER comes before the court on counsel for Defendant Jerome Ray Wilson's Motion for Withdrawal and Substitution of Counsel. The court has reviewed counsel's motion, and the files and pleadings herein, and being fully advised,

IT IS ORDERED that the Motion for Withdrawal and Substitution of Counsel (Dkt. #644) is GRANTED. Robert Goldsmith may withdraw as counsel for Defendant Jerome Ray Wilson, and Jacqueline Walsh may substitute as counsel in his place.

DATED this 12th day of March, 2019.

The Honorable Richard A. Jones
United States District Judge