The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br><br>JEROME WILSON,<br>　　　　　Defendant. | CASE NO. CR18-131RAJ<br><br>WAIVER OF PRESENCE |

Defendant Jerome Wilson is aware that there is a Pretrial Motions Hearing scheduled for May 23, 2019, at 9:00 a.m. before the Honorable Richard A. Jones. Mr. Wilson hereby waives his right to appear at the hearing. By waiving his presence, he understands that his counsel will appear at the hearing.

Signed and Dated this 20th day of May, 2019.

_/s/ Jerome Wilson_
Jerome Wilson, Defendant

Waiver of Presence　　　　　　　　-1

CERTIFICATION OF SERVICE

I, Jacqueline Walsh, hereby certify that on May 20th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorney of record for the plaintiff and co-defendants.

/s/ Jacqueline Walsh
Jacqueline Walsh

Waiver of Presence                    -2

Walsh & Larranaga
705 Second Avenue, Suite 501
Seattle, WA 98104
Office: 206-325-7900
Fax 206-322-4305