The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JEROME RAY WILSON,<br><br>　　　　　Defendant. | NO. 2:18-CR-00131-RAJ<br><br>ORDER GRANTING MOTION TO JOIN AS TO DEFENDANT CARLOS DENNIS'S MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS |

THIS MATTER having come to the Court's attention through Defendant's Motion to Join Defendant Carlos Dennis's Motion to Extend the Time for Filing Pretrial Motions, filed on behalf of the Defendant herein by his attorney, KEN THERRIEN, in the above captioned case, and the Court finding good cause,

IT IS HEREBY ORDERED that the Defendant's Motion to Join Defendant Carlos Dennis's Motion to Extend the Time for Filing Pretrial Motions (Dkt. #775) is hereby GRANTED.

DATED this 12th day of June, 2019.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

DEFENDANT CARLOS DENNIS'S MOTION TO EXTEND
THE TIME FOR FILING PRETRIAL MOTIONS
Page 1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991