The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATE OF AMERICA, | NO. 2:18-CR-00131-RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS II DEADLINE |
| JEROME RAY WILSON, | |
| Defendant. | |

THIS MATTER having come to the Court's attention through Defendant's Motion to Continue Pretrial Motions II Deadline, filed on behalf of the Defendant herein by his attorney, KEN THERRIEN, in the above captioned case therefore, and the Court finding good cause,

IT IS HEREBY ORDERED that the Defendant Jerome Ray Wilson's Motion to Continue Pretrial Motions II Deadline (Dkt. #801) is hereby GRANTED.

///
///
///
///
///

ORDER GRANTING MOTION TO CONTINUE
PRETRIAL MOTIONS II DEADLINE
Page 1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

The parties shall adhere to the following amended briefing schedule:

| | |
|---|---|
| Filing of Pretrial Motions | June 27, 2019 |
| Filing of Responses | July 11, 2019 |
| Filing of Replies | July 18, 2019 |
| Hearing Date | Monday, August 5, 2019 at 9:00 a.m. |

DATED this 12th day of June, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
PRETRIAL MOTIONS II DEADLINE
Page 2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991