The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,      Plaintiff, <br><br> vs. <br><br> JEROME RAY WILSON,      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NO. 2:18-CR-00131-RAJ

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS

THIS MATTER has come before the Court upon Defendant's Unopposed Motion for Extension of Time to File Pretrial Motions. The Court, having considered the motion, and finding good cause,

IT IS HEREBY ORDERED that the Defendant's Unopposed Motion for Extension of Time to File Pretrial Motions (Dkt. #864) is GRANTED.

DATED this 1st day of July, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS
Page 1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991