The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:18-cr-00131-RAJ |
|---|---|
| Plaintiff | ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE |
| v. | |
| JEROME RAY WILSON, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Jerome Ray Wilson's *pro se* motion for compassionate release. Dkt. 1366. Having considered the motion and the relevant record, the Court hereby **DENIES** the motion without prejudice.

To permit a court to exercise its discretion to reduce a sentence, a defendant first has the burden of establishing that the exhaustion requirement has been met. *United States v. Van Sickle*, 2020 WL 2219496, at *3 (W.D. Wash. May 7, 2020) (citing cases). Mr. Wilson has not met the exhaustion requirement. Mr. Wilson's request that the Court waive or disregard this requirement is denied.

As there is no evidence before this Court that the statutory exhaustion requirement has been met, Mr. Wilson's motion is **DENIED** without prejudice to being refiled once he has exhausted his administrative remedies.

DATED this 14th day of August, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1