The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEROME RAY WILSON,<br><br>　　　　Defendant. | NO. CR18-131-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL IN PART |

　　　This matter comes before the Court on Defendant Jerome Ray Wilson's Motion to Seal Compassionate Release Motion and Exhibits.

　　　The Court has reviewed the motion and records in this case and finds good cause has been shown to permit the filing under seal of Defendant's wife's medical records due to the sensitive information contained therein.  Court staff has communicated with counsel for Defendant, who represented there was no objection to the sealing of these exhibits only.

　　　IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #1473) is GRANTED IN PART.  The medical records of Defendant's wife filed in connection with Defendant's Motion for Compassionate Release shall remain under seal.

　　　DATED this 21st day of October, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　United States District Judge