The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEROME RAY WILSON,

Defendant.

NO. CR18-131-RAJ

ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO RE-NOTE MOTION FOR COMPASSIONATE RELEASE AND SET BRIEFING SCHEDULE

THIS MATTER comes on the unopposed motion of the United States to re-note defendant Jerome Ray Wilson's Amended Motion to Reduce Sentence Pursuant to 18 U.S.C. 3582 (c)(1)(A)(i) (Dkt. # 1483), currently noted for October 30, 2020. The motion is unopposed.  Being otherwise fully advised, and finding good cause, the court hereby:

ORDERS that the motion (Dkt. #1497) is GRANTED.  The government's response to the motion shall be filed by November 5, 2020.  Defendant will file any reply brief by November 12, 2020.  The motion is re-noted for November 13, 2020.

DATED this 3rd day of November, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO RENOTE
MOTION AND SET BRIEFING SCHEDULE - 1
*UNITED STATES v. WILSON*
*CR18-131RAJ*