The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEROME RAY WILSON,<br><br>　　　　　Defendant. | NO. CR18-131-RAJ<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF |

THIS MATTER comes before the Court upon Defendant Jerome Ray Wilson's Unopposed Motion to Extend the Time to File Reply to Government's Response to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i). Having considered the motion, and finding good cause, the Court hereby:

ORDERS that the motion (Dkt. #1509) is GRANTED. The deadline for Defendant to file his reply brief is extended to November 13, 2020.

DATED this 9th day of November, 2020.

*Richard A. Jones* (signature)
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO EXTEND
DEADLINE TO FILE REPLY BRIEF - 1
*UNITED STATES v. WILSON*
*CR18-131RAJ*