The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       v.<br><br>JEROME RAY WILSON,<br><br>                              Defendant. | NO.  2:18-cr-00131-RAJ<br><br>ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION AND FOR APPOINTMENT OF NEW COUNSEL |

Jerome Ray Wilson is an inmate currently detained at Federal Correctional Institution Sheridan, with a projected release date of November 6, 2023.  On February 10, 2021, the Court denied his motion for compassionate release.  Dkt. 1527.  Now before the Court is Mr. Wilson's *pro se* motion for reconsideration of the Court's order denying his motion for compassionate release, which contains a request that the Court appoint new counsel.  Dkt. 1534.

"Motions for reconsideration are strongly disfavored."  W.D. Wash. Local Crim. R. 12(b)(13). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."  *Id.*

Having considered Mr. Wilson's motion, and the files and pleadings herein, the Court finds that Mr. Wilson has failed to demonstrate manifest error, and has presented no new evidence to justify reversal of the Court's prior decision.  The Court further finds

ORDER - 1

that Mr. Wilson has presented no evidence to justify appointment of new counsel to file a renewed motion for compassionate release.  For these reasons, Defendant Jerome Ray Wilson's motion for reconsideration and for appointment of new counsel is **DENIED**.

DATED this 31st day of March, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2