Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEROME RAY WILSON,

Defendant.

No. 2:18-cr-00131-RAJ

ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THE COURT has considered Defendant Jerome Ray Wilson's motion to terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that the motion, Dkt. 1936, is GRANTED. Defendant Jerome Ray Wilson's term of supervised release shall be immediately terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 2nd day of September, 2026.

The Honorable Richard A. Jones
United States District Judge



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**